Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT
(A Professional Corporation)
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone:  (907) 274-0666
Fax:     (907) 277-4657
E-Mail:  gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**NOTICE OF APPEARANCE** |

   Grant E. Watts of Holmes Weddle & Barcott (A Professional Corporation), hereby enters his appearance in the above-captioned case on behalf of Defendants Pinnacle Construction, Inc. and Continental Casualty Company, and requests that copies of all pleadings and correspondence pertaining to the above-named case be mailed or hand delivered to him at:  Holmes Weddle & Barcott, P.C., 701 West Eighth Avenue, Suite 700, Anchorage, Alaska 99501.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendants Pinnacle
Construction, Inc. and Continental Casualty
Company


By: _____s/Grant E. Watts_____
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com
Alaska Bar No. 8609090

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of March, 2006, a true and correct copy of the foregoing Entry of Appearance was served electronically on:

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, AK  99507
561-5690
E-mail:  swan_ching@yahoo.com

_____s/Grant E. Watts_____
Grant E. Watts