Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br>  Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br>  Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **SCHEDULING AND PLANNING CONFERENCE REPORT** |

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on April 17, 2006 and was attended by:

    Swan T. Ching    attorney for Use-Plaintiff and Counterclaim Defendant and/or Third-Party Defendant Marshall's Electric, Inc.

    Grant E. Watts    attorney for Defendants Pinnacle Construction, Inc. and Continental Casualty Company, and Counterclaimant and/or Third-Party Plaintiff Pinnacle Construction, Inc.

    *Note - Pinnacle Construction, Inc. intends to initiate a counterclaim and/or third-party complaint against Marshall's Electric, Inc., subject to a determination as to

which course of action is appropriate under the circumstances and applicable rules.

The parties recommend the following:

2.  **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☑ will be exchanged by the parties by June 15, 2006.

Proposed changes to disclosure requirements:

Preliminary witness lists.

☐ have been exchanged by the parties

☑ will be exchanged by the parties by July 1, 2006.

3.  **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether Defendant Pinnacle breached contractual obligations owed to Use-Plaintiff, and if so, whether Use-Plaintiff is entitled to recover damages from either Defendant based on its Miller Act claim, and if so, in what amount?

Whether Defendants defenses bar or limit Use-Plaintiff's claims, and/or bar or limit any damages sought by Use-Plaintiff in the action.

Whether Use-Plaintiff breached or repudiated contractual obligations owed to Defendant Pinnacle Construction, Inc. and if so, whether Counterclaimant and/or Third-Party Plaintiff Pinnacle Construction is entitled to recover damages from Counterclaim Defendant and/or Third-Party Defendant Marshall's Electric, Inc., and if so, in what amount?

Whether Counterclaimant and/or Third Party Defendant's defenses bar or limit Counterclaimant and/or Third-Party Plaintiff's claims, and/or bar or limit any damages sought by Counterclaimant and Third Party Plaintiff Pinnacle Construction, Inc.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    Liability and damages and defenses.

    B. All discovery commenced in time to be completed by March 1, 2007 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories

        ☑ No change from F.R.Civ.P. 33(a)

        ☐ Maximum of \_\_\_\_\_ by each party to any other party.

        Responses due in _____ days.

        2. Requests for Admission.

        ☑ No change from F.R.Civ.P. 36(a)

        ☐ Maximum of \_\_\_\_\_ requests.

        Responses due in _____ days.

        3. Depositions.

        ☑ No change from F.R.Civ.P. 36(a), (d).

        ☐ Maximum of \_\_\_\_\_ depositions by each party.

        Depositions not to exceed _____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

☑ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☑ Reports due:

From Plaintiff December 1, 2006    From Defendants December 1, 2006

    E.    Supplementation of disclosures and discovery responses are to be made:

☑ Periodically at 60-day intervals from the entry of scheduling and planning order.

☐ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☐ 45 days prior to the close of discovery.

☑ Not later than 30 days after the close of discovery.

5. **Pretrial Motions**.

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply].

☑ Motions to amend pleadings or add parties to be filed not later than June 15, 2006.

☑ Motions under the discovery rules must be filed not later than March 15, 2007.

☑ Motions in limine and dispositive motions must be filed not later than 75 days before trial.

6. **Other Provisions**:

   A. ☑ The parties do not request a conference with the court before the entry of the scheduling order.

   ☐ The parties request a scheduling conference with the court on the following issue(s):

   B. Alternative Dispute Resolution [D.Ak. LR 16.2]

   ☑ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ☐ The parties will file a request for alternative dispute resolution not later than _____.

   ☐ Mediation   ☐ Early Neutral Evaluation

   C. The parties ☐ do ☑ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ☐ All parties have complied.   ☐ Compliance not required by any party

7. **Trial**.
   A. The matter will be ready for trial:

   ☐ 45 days after the discovery close date.

   ☑ not later than May 1, 2007.

   B. This matter is expected to take __10__ days to try.

   C. Jury Demanded   **(In Dispute)** Yes   ☐ No

   Right to jury trial disputed?   ☑ Yes   ☐ No

|  |  |
|---|---|
|  | LAW OFFICE OF SWAN T. CHING<br>Attorneys for Use-Plaintiff Marshall's Electric, Inc. |
| Dated: April 18, 2006 | By: s/Swan T. Ching<br>1563 E Tudor Road<br>Anchorage, Alaska  99507<br>Phone:  (907) 563-9292<br>Fax:  (907) 561-5690<br>E-mail:  swan_ching@yahoo.com<br>Alaska Bar No. 9106030 |
|  | HOLMES WEDDLE & BARCOTT, P.C.<br>Attorneys for Defendants Pinnacle Construction, Inc. and Continental Casualty Company, and Counterclaimant and/or Third Party Plaintiff Pinnacle Construction, Inc. |
| Dated: April 18, 2006 | By: s/Grant E. Watts<br>701 W. Eighth Avenue, Suite 700<br>Anchorage, Alaska 99501-3408<br>Phone: (907) 274-0666<br>Fax: (907) 277-4657<br>Email: gwatts@hwb-law.com<br>Alaska Bar No. 8609090 |