Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>    Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>    Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**DEFENDANTS' MOTION TO AMEND PLEADINGS** |

COMES NOW Defendant Pinnacle Construction, Inc. ("Pinnacle"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and pursuant to the Scheduling and Planning Order in this action dated May 4, 2006, hereby requests leave of Court to assert a Counterclaim against Use-Plaintiff Marshall's Electric, Inc. ("Marshall's") in this action.

Defendants' Motion to Amend Pleadings
Page 1 of 4

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc. and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

Federal Rule of Civil Procedure 15(a) provides that a party may amend his pleading by leave of court, and leave shall be freely given when justice so requires.

> Rule 15(a) declares that leave to amend "shall be freely given when justice so requires"; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be "freely given."

*Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962) (citation omitted).[1]

Pinnacle submits that no prejudice will accrue to any of the parties as a result of this amendment. Pinnacle's Motion To Amend Pleadings is being filed early in the proceedings and within the time set forth in the Court's Scheduling and Planning Order. Marshall's was put on notice of Pinnacle's cost impacts and damages through correspondence generated during the project, as well as through Pinnacle's affirmative defenses filed in this action, *i.e.*, that Pinnacle had offsets and backcharges which equaled or exceeded any amounts allegedly owed to Marshall's. Those offsets and backcharges and/or other damages are reflected in the accompanying proposed Counterclaim.

Defendants' Motion to Amend Pleadings
Page 2 of 4

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc. and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

Pinnacle's Counterclaim is brought on the basis of this Court's pendent jurisdiction since the proposed Counterclaim arises out of the same transaction and the same operative facts as Marshall's suit.

Pinnacle respectfully requests that this Motion To Amend Pleadings be granted. A proposed Order granting this Motion and Pinnacle's proposed Counterclaim are attached hereto.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Defendant Pinnacle
> Construction, Inc.
>
> By: _____s/Grant E. Watts_____
> 701 W. Eighth Avenue, Suite 700
> Anchorage, Alaska 99501-3408
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Email: gwatts@hwb-law.com
> Alaska Bar No. 8609090

---

[1] Alaska's Supreme Court expressly adopted this interpretation of Rule 15 in *Bauman v. Day*, 942 P.2d 1130, 1132 (Alaska 1997).

Defendants' Motion to Amend Pleadings
Page 3 of 4

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc. and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, a true and correct copy of the foregoing was served electronically on:

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, AK  99507
561-5690
E-mail:  swan_ching@yahoo.com

    <u>     s/Grant E. Watts     </u>
        Grant E. Watts

Defendants' Motion to Amend Pleadings
Page 4 of 4

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc.  and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB