Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., | |
|---|---|
| Use-Plaintiff, | Case No. 3:06-cv-00045-TMB |
| vs. | |
| PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, | **ORDER GRANTING DEFENDANTS' MOTION TO AMEND PLEADINGS** |
| Defendants. | |

This matter having come before the Court upon Defendant Pinnacle Construction, Inc.'s ("Pinnacle's") Motion To Amend Pleadings. Having considered the relevant pleadings and being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Pinnacle's Motion To Amend Pleadings is GRANTED. Defendant Pinnacle's proposed Counterclaim is hereby accepted for filing with the Court. Counterclaim Defendant Marshall's Electric, Inc.

Order Granting Defendants'
Motion to Amend Pleadings
Page 1 of 2

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc. and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

shall file its response to the Counterclaim within _____ days of the date of this Order.

   DATED this ____ day of June, 2006, at Anchorage, Alaska.

                _____
                Timothy M. Burgess
                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, a true and correct copy of the foregoing was served electronically on:

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, AK  99507
561-5690
E-mail:  swan_ching@yahoo.com

  _____s/Grant E. Watts_____
    Grant E. Watts

Order Granting Defendants'
Motion to Amend Pleadings
Page 2 of 2

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc.  and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB