Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**COUNTERCLAIMANT PINNACLE CONSTRUCTION, INC.'s COUNTERCLAIM AGAINST MARSHALL'S ELECTRIC, INC.** |

Counterclaimant Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 1 of 6

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc. and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

PINNACLE CONSTRUCTION INC.,

           Counterclaimant,

vs.

MARSHALL'S ELECTRIC, INC.,

           Counterclaim Defendant.

COMES NOW Defendant Pinnacle Construction, Inc. ("Pinnacle"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and hereby sets forth its Counterclaim against Counterclaim Defendant Marshall's Electric, Inc., by stating and alleging as follows:

## JURISDICTION

This Counterclaim is brought on the basis of pendent jurisdiction afforded this Court, since the Counterclaim derives from the common operative facts associated with Use-Plaintiff's claims asserted in this action.

## COUNTERCLAIM

1.    Pinnacle Construction, Inc. (hereinafter also referred to as "Pinnacle") is a corporation, and is in all ways qualified to maintain this action. Pinnacle is an Alaska corporation which is in all ways qualified to assert this counterclaim, having paid its last annual taxes and filed its last biennial report required to maintain its good standing under the Alaska corporation's code. At all pertinent times reflected herein,

Counterclaimant Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 2 of 6

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc. and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

Pinnacle was a registered contractor duly licensed in the State of Alaska, and Pinnacle remains a registered and licensed contractor at this time with a principal place of business located in Anchorage, Alaska.

2.   Marshall's Electric, Inc. (hereinafter also referred to as "Marshall's") is an Alaska corporation, which is doing business as a contractor in Anchorage, Alaska and elsewhere in the State of Alaska.

## CLAIMS FOR RELIEF

(Breach of Contract, Breach of Implied Covenant to Act in
Good Faith and to Deal Fairly, Repudiation of Contractual
Obligations, Misrepresentation, Estoppel)

3.   Marshall's entered into a subcontract with Pinnacle relating to a project located at Fort Richardson, Alaska known as AAFES Mini Mall/Food/Gas project.

4.   Marshall's failed to perform its contractual obligations and Marshall's breached and/or repudiated obligations owed to Pinnacle. Marshall's failed and refused to perform certain work, and Marshall's also failed to provide a required performance and payment surety bond. Marshall's also engaged in misrepresentations to Pinnacle, by making representations that proved to be untrue. Such representations included representations and assurances on the part of Marshall's would provide a performance and payment surety bond. Pinnacle relied upon and was inducted into taking certain action in reliance on representations made by Marshall's. On or about March 14, 2005, Marshall's represented to Pinnacle that Marshall's would not

Counterclaimant Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 3 of 6

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc. and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

continue to perform its subcontract work on the project, which equated to a material breach and/or repudiation.

5.  Marshall's acted in bad faith and dealt unfairly and improperly by failing and refusing to perform certain work, failing to provide the required performance and payment surety bond, and by submitting inflated and/or inaccurate pay applications to Pinnacle.

6.  As a result of Marshall's breaches and/or repudiation and misrepresentations on the part of Marshall's, Marshall's remains liable to Pinnacle for said breaches and/or repudiation and misrepresentations on the part of Marshall's, and for damages which resulted to Pinnacle as a direct result and consequence of said breaches and/or repudiation and/or misrepresentations on the part of Marshall's.

7.  Marshall's is liable to Pinnacle for damages resulting from Marshall's breaches and/or repudiation and/or misrepresentations, including but not limited to increased costs which Pinnacle incurred as a result of and associated with having to complete certain work which Marshall's failed to perform on the project, plus interest, costs and attorney's fees to the extent allowed under Alaska law..

### PRAYER FOR RELIEF

WHEREFORE, on the basis of the foregoing, Counterclaimant Pinnacle Construction, Inc., requests the following relief:

Counterclaimant Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 4 of 6

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc. and Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

1.      For judgment against Counterclaim Defendant Marshall's Electric, Inc., in favor of Counterclaimant Pinnacle Construction, Inc., in an amount of at least $57,425.73, together with certain prejudgment interest, plus costs and reasonable attorney's fees and expenses as provided for under a written agreement with Marshall's Electric, Inc.

2.      For such other and further relief as the Court deems just and equitable in the premises.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Defendant and
> Counterclaimant Pinnacle
> Construction, Inc. and Defendant
> Continental Casualty Company
>
>
> By:        s/Grant E. Watts
> 701 W. Eighth Avenue, Suite 700
> Anchorage, Alaska 99501-3408
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Email: gwatts@hwb-law.com
> Alaska Bar No. 8609090

Counterclaimant Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 5 of 6

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc. and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, a true and correct copy of the foregoing Counterclaimant Pinnacle Construction, Inc.'s Counterclaim against Marshall's Electric, Inc. was served electronically on:

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, AK  99507
561-5690
E-mail:  swan_ching@yahoo.com

     s/Grant E. Watts
        Grant E. Watts

Counterclaimant  Pinnacle Construction, Inc.'s
Counterclaim against Marshall's Electric, Inc.

Page 6 of 6

*United States of America fubo Marshall's Electric,*
*Inc. vs. Pinnacle Construction, Inc.  and*
*Continental Casualty Company*
Case No. 3:06-cv-0045 TMB