Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> For the use and benefit of ) <br> MARSHALL'S ELECTRIC, INC., ) <br>             ) <br>         Plaintiff,      ) <br>             ) <br>         v.           ) <br>             ) <br> PINNACLE CONSTRUCTION, INC. ) <br> and CONTINENTAL CASUALTY ) <br> COMPANY,          ) <br>             ) <br>         Defendants.     ) <br> _____) <br>             ) <br> PINNACLE CONSTRUCTION INC. ) <br>             ) <br>         Counter-claimant, ) <br>         v.           ) <br>             ) <br> MARSHALL'S ELECTRIC, INC. ) <br>             ) <br>         Counterclaim-    ) <br>         Defendant.     ) <br> _____) | Case No. 3:06-CV-00045 TMB <br><br><br><br> ANSWER TO COUNTERCLAIM |

MARSHALL'S ELECTRIC, INC. ("MARSHALL'S") answers defendant PINNACLE CONSTRUCTION, INC. ("PINNACLE")'s counterclaim as follows, in the order presented:

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Page 1 of 3

1. MARSHALL'S has no information and belief as to the allegations in paragraph 1 of PINNACLE, and therefore denies same.

2. Admitted.

3. Admitted that MARSHALL's entered into a subcontract with PINNACLE on the AAFES Mini Mall/Food/Gas Project.

4. Denied as to all allegations in this paragraph.

5. Denied.

6. Denied.

7. Denied.

## RELIEF REQUESTED

MARSHALL's requests that PINNACLE's counterclaim be dismissed in entirety, and the court award MARSHALL's attorney's fees and costs for the defense of this frivolous counterclaim.

MARSHALL's further requests such other and further relief as the court deems just and proper.

Dated this 30th day of June, 2006.

/s/Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on June 30th, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.

701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____