IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>                Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>                Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO AMEND PLEADINGS** |

Defendant Pinnacle Construction, Inc. ("Pinnacle") has filed a Motion to Amend Pleadings. Docket 8. Having considered the relevant pleadings, and there being no objection, IT IS HEREBY ORDERED that Defendant Pinnacle's Motion to Amend Pleadings is GRANTED. Defendant Pinnacle's Counterclaim is hereby accepted for filing with the Court at docket 9. The Answer to Counterclaim by Marshall's Electric, Inc., filed at docket 10, also is accepted as filed. The parties are advised that in the future, proposed amended pleadings (and answers thereto) should not be filed via ECF prior to an Order from the Court permitting such filings.

DATED this 7th day of July, 2006, at Anchorage, Alaska.

                                          s/ Timothy Burgess
                                          Timothy M. Burgess
                                          United States District Judge

Order Granting Defendants'
Motion to Amend Pleadings
Page 1 of 1

*United States of America fubo Marshall's Electric,
Inc. vs. Pinnacle Construction, Inc. and
Continental Casualty Company*
Case No. 3:06-cv-0045 TMB