Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  ) | | |
| For the use and benefit of  ) | | |
| MARSHALL'S ELECTRIC, INC.,  ) | | |
|                              ) | | |
|     Plaintiff,  ) | | |
|                              ) | | |
|     v.  ) | | |
|                              ) | | |
| PINNACLE CONSTRUCTION, INC.  ) | | |
| and CONTINENTAL CASUALTY  ) | | |
| COMPANY,  ) | | |
|                              ) | | |
|     Defendants.  ) | Case No. 3:06-CV-00045 TMB | |
| _____) | | |
|                              ) | | |
| PINNACLE CONSTRUCTION INC.  ) | MOTION TO AMEND ANSWER TO | |
|                              ) | COUNTERCLAIM | |
|     Counter-claimant,  ) | | |
|     v.  ) | | |
|                              ) | | |
| MARSHALL'S ELECTRIC, INC.  ) | | |
|                              ) | | |
|     Counterclaim-  ) | | |
|     Defendant.  ) | | |
| _____) | | |

    MARSHALL'S ELECTRIC, INC., counterclaim-defendant, moves for an order permitting it to amend the answer to counterclaim filed on June 30, 2006, in order to add affirmative defenses

that were inadvertently omitted.  This motion is accompanied by a memorandum of law in support, proposed order, and proposed amended answer to counterclaim with the amended portion in bold print.

Dated this 8th day of August, 2006.

/s/ Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on Aug. 9th, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____