Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>For the use and benefit of<br>MARSHALL'S ELECTRIC, INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| PINNACLE CONSTRUCTION, INC.<br>and CONTINENTAL CASUALTY<br>COMPANY, | )<br>)<br>)<br>) | |
| Defendants. | ) | Case No. 3:06-CV-00045 TMB |
| _____ | )<br>) | |
| PINNACLE CONSTRUCTION INC. | )<br>) | [PROPOSED] ORDER AMENDING<br>ANSWER TO COUNTERCLAIM |
| Counter-claimant,<br>v. | )<br>) | |
| MARSHALL'S ELECTRIC, INC. | )<br>) | |
| Counterclaim-<br>Defendant. | )<br>) | |
| _____ | ) | |

This court having considered MARSHALL'S ELECTRIC, INC.'s motion to amend answer to counterclaim to add affirmative

defenses, the memorandum of law in support, and the proposed amended answer attached as exhibit, and good cause appearing

    IT IS ORDERED THAT the motion to amend of MARSHALL'S ELECTRIC, INC. is granted.  The amended answer may now be filed via ECF forthwith.

    Dated this ___ day of August, 2006.

                                      _____
                                      Timothy M. Burgess
                                      United States District Judge