Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) <br> For the use and benefit of ) <br> MARSHALL'S ELECTRIC, INC., ) <br>                                    ) <br>          Plaintiff,           ) <br>                                    ) <br>          v.                        ) <br>                                    ) <br> PINNACLE CONSTRUCTION, INC.  ) <br> and CONTINENTAL CASUALTY    ) <br> COMPANY,                         ) <br>                                    ) <br>          Defendants.         ) <br> _____) <br>                                    ) <br> PINNACLE CONSTRUCTION INC.   ) <br>                                    ) <br>          Counter-claimant,  ) <br>          v.                        ) <br>                                    ) <br> MARSHALL'S ELECTRIC, INC.    ) <br>                                    ) <br>          Counterclaim-        ) <br>          Defendant.            ) <br> _____) | Case No. 3:06-CV-00045 TMB <br><br> MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER TO COUNTERCLAIM | |

MARSHALL'S ELECTRIC, INC., counterclaim-defendant, submits the following authorities in support of its motion to amend answer to counterclaim:

FRCP 15(a). This rule allows a party to amend its pleading by leave of court, and "leave shall be freely given when justice so requires." As to leave, the court in Foman v. Davis, 371 U.S. 178, 182 (1962)(citation omitted), states:

> … this mandate is to be heeded. If the underlying facts or circumstances … may be a proper subject of relief, [the movant] ought to be afforded an opportunity to test his claim on the merits. In the absence of … undue delay, bad faith or dilatory motive…, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party… , - the leave sought should, as the rules require, be "freely given."

Like the earlier motion to amend of PINNACLE, there is no prejudice to it as a result of this amendment at this early stage of the proceedings. Thus far, all the parties have done is exchanging initial disclosures. Discovery is not closed until March 1, 2007. Thus, PINNACLE has ample time to meet these proposed affirmative defenses to its counterclaim.

Dated this 8th day of August, 2006.

/s/ Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on August 9th, 2006,
upon: Grant E. Watts, Esq., Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700, Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com.

/s/S. Ching