Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  ) | | |
| For the use and benefit of  ) | | |
| MARSHALL'S ELECTRIC, INC.,  ) | | |
|  ) | | |
| Plaintiff,  ) | | |
|  ) | | |
| v.  ) | | |
|  ) | | |
| PINNACLE CONSTRUCTION, INC.  ) | | |
| and CONTINENTAL CASUALTY  ) | | |
| COMPANY,  ) | | |
|  ) | | |
| Defendants.  ) | Case No. 3:06-CV-00045 TMB | |
| _____) | | |
|  ) | | |
| PINNACLE CONSTRUCTION INC.  ) | MOTION TO COMPEL DISCOVERY & | |
|  ) | MOTION FOR SANCTIONS | |
| Counter-claimant,  ) | | |
| v.  ) | | |
|  ) | | |
| MARSHALL'S ELECTRIC, INC.  ) | | |
|  ) | | |
| Counterclaim-  ) | | |
| Defendant.  ) | | |
| _____) | | |

<u>Certification of Attempts to Confer</u>.  The undersigned counsel of movant, MARSHALL'S ELECTRIC, INC. ("MARSHALL'S)

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Motion to Compel Discovery & Motion for Sanctions
Case # 3:06-CV-00045 TMB
Page 1 of 3

certifies that he has conferred via phone with Mr. Grant E. Watts, counsel of PINNACLE CONSTRUCTION, INC. ("PINNACLE"), on October 25th, 2006, for 18 minutes, and again on October 27th in Mr. Watts' office with two of MARSHALL'S personnel present. Both conferences failed, the second one abruptly terminated by Mr. Watts' when he asked the undersigned to leave!

<u>Nature of Motions</u>.  Since attempts to resolve discovery dispute led to no where, MARSHALL'S has no choice but to seek court's assistance through FRCP 37 to compel discovery of the documents it requested from PINNACLE in the discovery request. See Exhibit A to the memorandum in support of the motion.

MARSHALL'S further moves the court to sanction PINNACLE or its counsel, or both, pursuant to FRCP 37 and FRCP 26(g) for abuses in responding to the discovery request.

MARSHALL'S requests the following relief:

1. Award of actual reasonable attorney's fees for these motions;

2. Order PINNACLE to copy all documents responsive to each request for production of MARSHALL'S within 3 days from date of order;

3. Order PINNACLE to answer fully the Interrogatory No. 2

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Motion to Compel Discovery & Motion for Sanctions
Case # 3:06-CV-00045 TMB
Page 2 of 3

concerning its counterclaim for the costs of takeover; and

4. Such other relief as the court deems just and permissible under the discovery rules.

Memorandum in support of these motions is attached.

Dated this ___ day of November, 2006.

/s/ Swan T. Ching

_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on Nov. 3d, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Motion to Compel Discovery & Motion for Sanctions
Case # 3:06-CV-00045 TMB
Page 3 of 3