Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>MARSHALL'S ELECTRIC, INC., )<br>   )<br>     Plaintiff, )<br>   )<br>     v. )<br>   )<br>PINNACLE CONSTRUCTION, INC. )<br>and CONTINENTAL CASUALTY )<br>COMPANY, )<br>   )<br>     Defendants. )<br>_____)<br>   )<br>PINNACLE CONSTRUCTION INC. )<br>   )<br>     Counter-claimant, )<br>     v. )<br>   )<br>MARSHALL'S ELECTRIC, INC. )<br>   )<br>     Counterclaim- )<br>     Defendant. )<br>_____) | Case No. 3:06-CV-00045 TMB<br><br>[PROPOSED] ORDER on<br>MOTION TO COMPEL DISCOVERY &<br>MOTION FOR SANCTIONS |

This matter concerning discovery dispute between the parties having come before this court for consideration, and

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Order on Motion to Compel Discovery & Motion for Sanctions
Case # 3:06-CV-00045 TMB
Page 1 of 3

having heard argument of counsel, been appraised of the authorities on the matters, THEREFORE

    IT IS ORDERED that:

1. MARSHALL'S is awarded attorney's fees in the amount of $_____$; the fees shall be paid by Mr. Grant E. Watts or PINNACLE, or both, within 3 days from date of order;

2. PINNACLE is to copy all documents responsive to each request for production of MARSHALL'S within 3 days from the date of order and deliver them to MARSHALL'S;

3. PINNACLE is to answer fully the Interrogatory No. 2 concerning its counterclaim for the costs of takeover; and

4. PINNACLE or its counsel is to comply with this order timely.

    Dated this \_\_\_ day of November, 2006.

                                                       _____
                                                       U.S. District Judge
                                                       Honorable Timothy M. Burgess

Certificate of Service

Served via electronic mail on Nov. 3d, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Order on Motion to Compel Discovery & Motion for Sanctions
Case # 3:06-CV-00045 TMB
Page 2 of 3

701 W. 8th Ave., # 700  
Anchorage, AK 99501-3408  
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching  
_____

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.  
Order on Motion to Compel Discovery & Motion for Sanctions  
Case # 3:06-CV-00045 TMB  
Page 3 of 3