| Marshall's Electric | |
|---|---|
| Base Contract Amount | $566,225.00 |
| Change Orders | 0 |
| Adjusted Contract Amount | $566,225.00 |

Cost of Take Over

| | |
|---|---|
| Dynamic Systems, Inc | $370,327.00 |
| Scissors Lift Rental | $5,540.00 |
| Direct Payments to TAB | $40,597.29 |
| City Electric to finish TAB's work | $2,654.75 |
| Direct Payment to Pile Co. | $16,900.00 |
| Trenching for site lights & comm | $19,133.00 |
| Elec trenching for fuel | $1,392.00 |
| Payment to NCE - Lighting | $46,260.22 |
| Payment to NCE - Gear | $21,300.00 |
| Expenses to bid take over | $771.47 |
| Total | $524,875.73 |

| | |
|---|---|
| Marshall's Contract | $566,225.00 |
| Paid to Marshall's | $98,775.00 |
| Take over direct costs | $524,875.73 |
| Net result of take over | -$57,425.73 |

*Attachment 1 - disclosure*

B