Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| For the use and benefit of ) | | |
| MARSHALL'S ELECTRIC, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PINNACLE CONSTRUCTION, INC. ) | | |
| and CONTINENTAL CASUALTY ) | | |
| COMPANY, ) | | |
| ) | | |
| Defendants. ) | Case No. 3:06-CV-00045 TMB | |
| _____) | | |
| ) | | |
| PINNACLE CONSTRUCTION INC. ) | | |
| ) | MOTION FOR SHORTENED TIME | |
| Counter-claimant, ) | | |
| v. ) | | |
| ) | | |
| MARSHALL'S ELECTRIC, INC. ) | | |
| ) | | |
| Counterclaim- ) | | |
| Defendant. ) | | |
| _____) | | |

   MARSHALL'S ELECTRIC, INC., by and through the undersigned, respectfully moves for a shortened time for briefing and hearing on its MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS against

PINNCLE CONSTRUCTION, INC., or its counsel.  This motion is supported by affidavit of the undersigned and filed pursuant to L.R. 7.2(c).

Dated this 3rd day of November, 2006.

/s/ Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on November 3rd, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____