Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>MARSHALL'S ELECTRIC, INC., )<br>   )<br>         Plaintiff,         )<br>   )<br>         v.                  )<br>   )<br>PINNACLE CONSTRUCTION, INC. )<br>and CONTINENTAL CASUALTY   )<br>COMPANY,                    )<br>   )<br>         Defendants.        )<br>_____)<br>   )<br>PINNACLE CONSTRUCTION INC.  )<br>   )<br>         Counter-claimant,   )<br>         v.                  )<br>   )<br>MARSHALL'S ELECTRIC, INC.   )<br>   )<br>         Counterclaim-       )<br>         Defendant.          )<br>_____) | Case No. 3:06-CV-00045 TMB<br><br><br>[PROPOSED] ORDER on<br>MOTION FOR SHORTENED TIME |

   The motion of MARSHALL'S ELECTRIC, INC. for shortened time having come before the court, and having reviewed the affidavit of the movant counsel in support of the motion, and good cause appearing, therefore

Order on Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Page 1 of 2

IT IS ORDERED THAT the motion for shortened time is GRANTED, and the hearing for the MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS shall be set for _____.

Dated this _____ day of November, 2006.

_____
U.S. DISTRICT JUDGE
Honorable Timothy M. Burgess

Certificate of Service

Served via electronic mail on November 3rd, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____

Order on Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Page 2 of 2