Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>MARSHALL'S ELECTRIC, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>PINNACLE CONSTRUCTION, INC. )<br>and CONTINENTAL CASUALTY )<br>COMPANY, )<br>  )<br>    Defendants. )<br>_____ )<br>  )<br>PINNACLE CONSTRUCTION INC. )<br>  )<br>    Counter-claimant, )<br>v. )<br>  )<br>MARSHALL'S ELECTRIC, INC. )<br>  )<br>    Counterclaim- )<br>    Defendant. )<br>_____ ) | Case No. 3:06-CV-00045 TMB<br><br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR SHORTENED TIME |

I, SWAN T. CHING, counsel of MARSHALL'S ELECTRIC, INC. ("MARSHALL'S"), having been sworn upon oath, submit this

Affidavit for Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.

Page 1 of 4

affidavit in support of MOTION FOR SHORTENED TIME for expedited ruling on the MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS.

1. PINNACLE CONSTRUCTION, INC. ("PINNACLE")'s original discovery response due date was October 2, 2006, but it was not responded to until October 19th, after 4 promises to get it done timely each time PINNACLE's counsel called to request *courtesy* extension;

2. If the matter were to be regularly scheduled for briefing and hearing, it will be another month or more before MARSHALL'S can progress to another step with discovery, especially in light of the recalcitrant attitude of PINNACLE in discovery dispute conferences;

3. This case appears to involve a large number of documents to review, categorize, and reference, not to mention depositions of relevant witnesses thereafter.

4. Thus, given the time lapse already caused by discovery dispute, MARSHALL'S discovery progress now is stood still to its prejudice, while the deadlines established by the scheduling order are fast approaching.

5. The undersigned has conferred twice with the counsel of PINNACLE to resolve the discovery dispute, once on Oct. 25th, by phone, and another in person on Oct. 27th, 06 at the office of

Affidavit for Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.

PINNACLE's counsel – to no avail since the undersigned was asked to leave the counsel's office.

6. Counsel of PINNACLE refuses to copy all documents designated in the requests for production and persists on MARSHALL'S searching unaided by any means through 5 banker's boxes of business records – unmarked, unspecified, and uncategorized – to find the documents responsive to each of its requests for production.

7. Counsel of PINNACLE also refuses to produce, categorize and reference the counterclaim charges to the specific area or work description of the contract specification book, so as to allow MARSHALL'S to determine the merits of its charges in the counterclaim.

8. MARSHALL'S requests that the MOTION TO COMPEL and the MOTION FOR SANCTIONS be heard as soon as the court schedule permits.

Dated this 2nd day of November, 2006.

/s/ Swan T. Ching, ABA 9106030
Attorney for Plaintiff

//
//

Affidavit for Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.

//

State of Alaska            )
                           )ss
Third Judicial District    )

> Notary Public
> **KIMBRIL K. MOORE**
> State of Alaska
> My Commission Expires 1/21/2010

    THIS IS TO CERTIFY that on the 2ND day of November, 2006 before me, the undersigned, personally appeared Mr. Swan T. Ching, to me known to be the affiant herein, and known to me to be the individual whose name is subscribed in the above affidavit, and being duly sworn, acknowledged to me that he executed such instrument for the purposes and considerations therein stated and that he knew the contents thereof.

    WITNESS my hand and seal the day and year last above written.

                                         _____
                                         Notary Public in and for Alaska
                                         My Commission Expires: 1/21/2010

Certificate of Service

Served via electronic mail on Nov. 3rd, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____

Affidavit for Motion for Shortened Time
Case # 3:06-CV-00045 TMB
Marshall's Electric, Inc. v. Pinnacle Construction, Inc.

Page 4 of 4