Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **PROPOSED ORDER DENYING USE-PLAINTIFF'S MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS** |

   This matter having come before the court upon Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions; the court having considered the relevant pleadings and being fully advised in the premises;

   IT IS HEREBY ORDERED that Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions is DENIED.

Proposed Order Denying Use-Plaintiff's Motion to
Compel Discovery & Motion for Sanctions
Page 1 of 2

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

DATED this ___ day of November, 2006, at Anchorage, Alaska.

_____
Honorable Timothy M. Burgess

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2006, a true and correct copy of the foregoing was served electronically on:

    Swan T. Ching, Esq.

s/Grant E. Watts

Proposed Order Denying Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 2 of 2

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB