Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **NOTICE OF SUBMISSION OF EXHIBIT 1 TO DEFENDANT'S OPPOSITION TO USE-PLAINTIFF'S MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS** |

   COMES NOW Defendant Pinnacle Construction, Inc. ("Pinnacle"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and hereby gives Notice of Submission of Exhibit 1 to Pinnacle's Opposition to Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions dated November 10, 2006 (docket 21). Pinnacle attempted to electronically file Exhibit 1 on November 10, 2006, but it was rejected by

Notice of Submission of Exhibit 1 to Defendant's
Opposition to Use-Plaintiff's Motion to Compel   *United States of America fubo Marshall's Electric, Inc.*
Discovery & Motion for Sanctions   *vs. Pinnacle Construction, Inc., et al.*
Page 1 of 2   Case No. 3:06-cv-00045 TMB

the Court's electronic case filing system as exceeding the maximum file size. Exhibit 1 is hereby submitted in four parts, per instructions received today from the Court.

DATED this 13th day of November, 2006, at Anchorage, Alaska.

>HOLMES WEDDLE & BARCOTT, P.C.
>Attorneys for Defendant Pinnacle Construction, Inc.
>
>By: _____s/Grant E. Watts_____
>701 W. Eighth Avenue, Suite 700
>Anchorage, Alaska 99501-3408
>Phone: (907) 274-0666
>Fax: (907) 277-4657
>Email: gwatts@hwb-law.com
>Alaska Bar No. 8609090

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2006, a true and correct copy of the foregoing was served electronically on:

> Swan T. Ching, Esq.

s/Grant E. Watts

Notice of Submission of Exhibit 1 to Defendant's Opposition to Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 2 of 2

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB