

**THIS IS A CONTRACT**
THE WORDS "RENTER, BUYER, YOU AND YOURS" MEANS THE PERSON WHO SIGNS THIS CONTRACT (OR ARE OBLIGATED UNDER ITS TERMS). WE, OUR AND DEALER REFER TO THE BUSINESS NAMED AT RIGHT.

**TERMS: CASH IN ADVANCE**
ESTABLISHED OPEN ACCOUNTS ARE DUE AND PAYABLE NET 10TH OF MONTH. PAST DUE ACCOUNTS BEAR LATE PAYMENT PENALTIES AT 1½% PER MONTH.

```
************************************
*  AIRPORT EQUIPMENT RENTAL        *
*  10460 OLD SEWARD HIGHWAY        *
*  ANCHORAGE, AK  99515            *
*  907-333-4325                    *
************************************
```

Customer #: 040235
REVISED RENTAL CONTRACT
Contract Number: 02-025122-02

05/04/05

DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD
SUITE 23
ANCHORAGE, AK  99515

DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD
SUITE 23
ANCHORAGE, AK  99515
907-344-1846

TERMS: NET 10 DAYS
A6341

Out: FRI 04/01/05 08:00
Revised: WED 05/04/05 07:43
Due: FRI 04/29/05 08:00

| Item No. | Qty | Description | Rate Info | Unit | Extended |
|---|---|---|---|---|---|
| 0102-0050 | 1.0 | GENIE GS1930 | Fx | 0.00 | 0.00 |
| 01-0134 | | 2002 GS1930 SN 51074 | | | |
| Meter: | 0.0 | 251.9 out | Esc.00in/xxxx | 0.000 | 0.00 |
| | | Returned: WED 05/04/05 07:43 | | | |
| 0102-0045 | 1.0 | GENIE GS1930 | Fx | 835.00 | 835.00 |
| 01-0242 | | GS1930 2002 53175  Serial Number 53175 | | | |
| Meter: | 0.0 | 155.8 out | 155.8 in | 0.000 | 0.00 |
| | | Substituted WED 05/04/05 07:53 | | | |
| 1100-0032 | 2.0 | D/T/C FLATBED TRAIL JET DELIVERY PICKUP | | 85.00 | 170.00 |

---Receipts Summary---
| Date | Pay Method | Ref/PO | Amount |
|---|---|---|---|
| 05/04/05 02 Paid | VISA | | 1005.00 |

---Summary---
H/EQUIPMENT RENTAL     835.00
DELIVERY/PICKUP        170.00
Total                 1005.00

RETURN EQUIPMENT BY: 04/29/05 09:00

X _____
         SIGNATURE

THIS IS YOUR CONTRACT, READ BOTH SIDES BEFORE SIGNING

I, the undersigned renter, specifically acknowledge that I have received and understand the instructions regarding the use and operation of the rented equipment. Renter further acknowledges that he has read and fully understands the within equipment rental contract and agrees to be bound by all of the terms, conditions and provisions hereof. Renter acknowledges that he has received a true and correct copy of this agreement at the time of execution hereof.

I accept/decline the damage waiver, as provided on the reverse side and agree to pay the above described additional charges therefor.  IF DECLINED PLEASE INITIAL ☐

PCI 000731

```
*********************************
*     AIRPORT EQUIPMENT RENTAL   *
*     12400 OLD SEWARD HIGHWAY   *
*         ANCHORAGE, AK  99515   *
*            907-333-4265        *
*********************************
```

**DUE IN ADVANCE**
ESTABLISHED OPEN ACCOUNTS ARE DUE AND PAYABLE NET 10TH OF MONTH. PAST DUE ACCOUNTS BEAR LATE PAYMENT PENALTIES AT 1½% PER MONTH.

ANY PERSON WHO SIGNS THIS CONTRACT (OR ARE OBLIGATED UNDER ITS TERMS) WE, OUR AND DEALER REFER TO THE BUSINESS NAMED AT RIGHT.

**REVISED RENTAL CONTRACT**

Customer: 24VE71
Date: 05/04/05

DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD
SUITE 23
ANCHORAGE, AK  99515

Contract Number: 02-225171-05

DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD
SUITE 23
ANCHORAGE, AK  99515
907-344-1846

PAID WITH CREDIT CARD
06322

Out:     MON 03/28/05 09:00
Revised: WED 05/04/05 07:57
Due:     MON 05/23/05 08:00

| Item No. | Qty | Description | Days | Rate | Units | Extended |
|---|---|---|---|---|---|---|
| 0112-0060 | 1.0 | GENIE GS1930 | PW | 125.00 | 1790.00 | 1790.00 |
| 04-0130 |  | 2002 GS1930 SN 51055 |  |  |  |  |
| Meter | 2.0 | 205.5-out  205.5-in /XXXX |  |  | 0.000 | 0.00 |
| 100-9822 | 1.0 | D/P10 KENWORTH/TRL  2BT DELIVERY PICKUP 1995 |  |  | 0.00 | 0.00 |

**Receipts Summary**

| Date | Reg | Method | Ref/CK | Amount |
|---|---|---|---|---|
| 03-24-05 | 05 | Deb | VISA | 035.00 |
| 05/04/05 | 05 | Deb | VISA | 695.00 |

**Summary**

| H/EQUIPMENT RENTAL | 1790.00 |
|---|---|
| Total | 1790.00 |

I, the undersigned renter, specifically acknowledge that I have received and understand the instructions regarding the use and operation of the rented equipment.
Renter further acknowledges that he has read and fully understands the within equipment rental contract and agrees to be bound by all of the terms, conditions and provisions thereof. Renter acknowledges that he has received a true and correct copy of this agreement at the time of execution hereof.

I accept/decline the damage waiver, as provided on the reverse side and agree to pay the above described additional charges therefor.  IF DECLINED PLEASE INITIAL ▶ [   ]

RETURN EQUIPMENT BY: 05/23/05 08:00

X _____
            SIGNATURE

**THIS IS YOUR CONTRACT, READ BOTH SIDES BEFORE SIGNING**

05-04 DYNAMIC SYSTEMS, INC   02-225171-05

PCI 000732

# Invoice

**DYNAMIC SYSTEMS INC.**

1120 E Huffman Rd Ste23  #625
Anchorage, Alaska 99515-3561

RECEIVED
MAY 2 0 2005
PINNACLE CONSTRUCTION

| Date | Invoice # |
|---|---|
| 5/20/2005 | AK1265 |

| Bill To |
|---|
| Pinnacle Construction Inc.<br>4141 Ingra St.<br>Anchorage, Alaska 99503 |

| P.O. No. | Terms | Project |
|---|---|---|
| Fort Richardson | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Man Lift # ~~51074~~ 53173 | 895.00 | 895.00 |

| DATE 5/23/05 | ENTERED 14052 |
|---|---|
| JOB/GL# 2004-70 | PHASE # 16050 S |
| APPROVED MB | |

| | Total | $895.00 |
|---|---|---|

PCI 000733



```
****************************
*  AIRPORT EQUIPMENT RENTAL  *
*  10460 OLD SEWARD HIGHWAY  *
*      ANCHORAGE, AK 99515   *
*         907-333-4365       *
****************************
```

**THIS IS A CONTRACT** — RENTER, BUYER, YOU AND ___ MEANS THE PERSON WHO SIGNS ___ CONTRACT (OR ARE OBLIGATED ___ ITS TERMS) WE, OUR AND DEALER ___ TO THE BUSINESS NAMED AT ___

**TERMS: CASH IN ADVANCE** ESTABLISHED OPEN ACCOUNTS ARE DUE AND PAYABLE NET 10TH OF MONTH. PAST DUE ACCOUNTS BEAR LATE PAYMENT PENALTIES AT 1½% PER MONTH.

**REVISED RENTAL CONTRACT**    Contract Number: 02-025122-03

Customer ID: 4231
05/10/05

DYNAMIC SYSTEMS, INC.          DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD       625-1120 E. HUFFMAN ROAD
SUITE 23                       SUITE 23
ANCHORAGE, AK 99515            ANCHORAGE, AK 99515
                               907-344-1846

TERMS: NET 10 DAYS
6341                           Due: FRI 04/01/05 08:00
                               Revised: TUE 05/10/05 14:44
                               Dues: FRI 05/27/05 08:00

| Item No. | Qty | Description | Rate Info | Unit | Extended |
|---|---|---|---|---|---|
| 118-0060 | 1.0 | GENIE GS1930 | FY    0.00 | 0.00 | 0.00 |
| 11-0134 |  | 2002 GS1930 SN 51074 | | | |
| meter: | 0.5 | 251.2=out 252.2=in /XXX | | 0.000 | 0.00 |
|  |  | Returned: WED 05/04/05 07:43 | | | |
| 118-0060 | 1.0 | GENIE GS1930 | FY  125.00 | 1790.00 | 1790.00 |
| 11-0242 |  | GS1930 2002 51173 Serial number 521 | | | |
| meter: | 0.0 | 755.5=out 755.5=in /000 | | 0.000 | 0.00 |
|  |  | Substituted: WED 05/04/05 07:43 | | | |
| 100-0030 | 2.0 | D/PU FLATBED/TRAIL 1ST DELIVERY/PICKUP | | 85.00 | 170.00 |

**Receipts Summary**
| Date | Seq | Method | Ref/PO | Amount |
|---|---|---|---|---|
| 5/04/05 | 04 | Paid | VISA | 865.00 |
| 5/10/05 | 05 | Paid | VISA | 895.00 |

**Summary**
H/EQUIPMENT RENTAL  1790.00
DELIVERY/PICKUP      170.00
Total               1960.00

RETURN EQUIPMENT BY: X _____ SIGNATURE

I, the undersigned renter, specifically acknowledge that I have received and understand the instructions regarding the use and operation of the rented equipment. Renter further acknowledges that he has read and fully understands the within equipment rental contract and agrees to be bound by all of the terms, conditions and provisions hereof. Renter acknowledges that he has received a true and correct copy of this agreement at the time of execution hereof.

I accept/decline the damage waiver, as provided on the reverse side and agree to pay the above described additional charges therefor.   IF DECLINED PLEASE INITIAL ☐

**THIS IS YOUR CONTRACT, READ BOTH SIDES BEFORE SIGNING**

Sales Agent: HOLLIE HANSE    Rental Customer: 05/10 DYNAMIC SYSTEMS, INC.    Contract: 02-025122-03

PCI 000734

16825

**PINNACLE CONSTRUCTION INC.**

| Check#: 16825 | Date: 06/21/2005 | Amount: 1,790.00 | Vendor: 626 Dynamic Systems, Inc. | | |
|---|---|---|---|---|---|
| Invoice# | Description | | Balance | Discount | This Check |
| AK1272 | Inv AK1272 | | 1,790.00 | | 1,790.00 |

PRODUCT LM102   USE WITH 9380 ENVELOPE   NEBS  To Reorder: 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.

PCI 000735

# Invoice

**DYNAMIC SYSTEMS INC.**

1120 E Huffman Rd Ste23  #625
Anchorage, Alaska 99515-3561

RECEIVED

| Date | Invoice # |
|---|---|
| 5/27/2005 | AK1272 |

**Bill To**

Pinnacle Construction Inc.
4141 Ingra St.
Anchorage, Alaska 99503

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Man lift rental # 51063 | 895.00 | 895.00 |
| 1 | Man lift rental # 53173 | 895.00 | 895.00 |

DATE 6/6/05 -mtt  ENTERED 14214
JOB/GL# 2004-70   PHASE #
16050S
APPROVED

14230

| | Total | $1,790.00 |
|---|---|---|

PCI 000736

```
*********************************
* AIRPORT EQUIPMENT RENTAL       *
* 10460 OLD SEWARD HIGHWAY       *
* ANCHORAGE, AK 99515            *
* 907-333-4365                   *
*********************************
```

| Customer ID | | Contract Number |
|---|---|---|
| 040231 | REVISED RENTAL CONTRACT | 02-025122-02 |

05/26/05

DYNAMIC SYSTEMS, INC.                  DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD                625-1120 E. HUFFMAN ROAD
SUITE 23                                SUITE 23
ANCHORAGE, AK 99515                     ANCHORAGE, AK 99515

                                        907-344-1846

TERMS: NET 10 DAYS                              Due: FRI 04/01/05 08:00
RE341                                       Revised: THU 03/26/05 10:15
                                                Due: FRI 05/24/05 08:00

=Item No.====Qty=Description=============Rate Info=============Unit==Extended=
0112-0062    1.0 GENIE GS1930            FY       0.00          0.00      0.00
01-0104          2002 GS1930 SN 51074
Meter:       0.9     251.3-out  252.2-in /.9 hr.              0.000      0.00
                 Returned:  WED 05/04/05 07:43

0112-0020    1.0 GENIE GS1930            FY      125.00       2685.00   2685.00
01-0042          GS1930 2002 52173  Serial Number: 52173
Meter:       0.0     155.3-out  155.3-in /.0 hr.                0.00      0.00
                 Substituted:  WED 05/04/05 07:52

100-0030     2.0 D/P10 FLATBED TRAIL 1ST DELIVERY/PICKUP        85.00    170.00

-----Receipts Summary-----                    ---------Summary---------
Date     Seq Method      Ref/PO    Amount     R/EQUIPMENT RENTAL    2685.00
05/04/05 04 Paid         VISA      1065.00    DELIVERY/PICKUP        170.00
05/10/05 07 Paid         VISA       895.00
05/26/05 08 Charge                  895.00    Total                 2855.00

>>>Amt Due this invoice:            895.00
Total Unpaid this Contract:         895.00

                                              Return: 05/24/05 08:00
                                              EQUIPMENT BY:

                                              X _____
                                                     SIGNATURE
I accept/decline the damage waiver, as provided on the reverse side   IF DECLINED
and agree to pay the above described additional charges therefor.    PLEASE INITIAL   THIS IS YOUR CONTRACT, READ BOTH SIDES BEFORE SIGNING

Sales Agent         Date  Customer              Contract
MOLLIE HANSE        05/26 DYNAMIC SYSTEMS, INC.  02-025122-02

PCI 000737

**THIS IS A CONTRACT**
THE WORDS "RENTER, BUYER, YOU AND YOURS" MEANS THE PERSON WHO SIGNS THIS CONTRACT (OR ARE OBLIGATED UNDER ITS TERMS). WE, OUR, AND DEALER REFER TO THE BUSINESS NAMED AT RIGHT.

**TERMS: CASH IN ADVANCE**
ESTABLISHED OPEN ACCOUNTS ARE DUE AND PAYABLE NET 10TH OF MONTH. PAST DUE ACCOUNTS BEAR LATE PAYMENT PENALTIES AT 1½% PER MONTH.

```
************************
* AIRPORT EQUIPMENT RENTAL *
* 10460 OLD SEWARD HIGHWAY *
* ANCHORAGE, AK 99515 *
* 907-332-4365 *
************************
```

REVISED RENTAL CONTRACT       Contract Number: 02-025171-05

40231
05/26/05

DYNAMIC SYSTEMS, INC.          DYNAMIC SYSTEMS, INC.
625-1120 E. HUFFMAN ROAD       625-1120 E. HUFFMAN ROAD
SUITE 23                       SUITE 23
ANCHORAGE, AK 99515            ANCHORAGE, AK 99515
                               907-344-1848

PAID WITH CREDIT CARD                    Out: MON 03/28/05 08:00
06323                                    Revised: THU 05/26/05 10:32
                                         Due: MON 06/27/05 08:00

Item No.   Qty  Description              Rate Info        Unit    Extended
0112-0060  1.0  GENIE GS1930             PY    125.00     0625.00  0625.00
M-0130          2002 GS1930 SN 51063
Meter+     0.0  205.6-out   205.6-in                      0.000    0.00
100-0020   1.0  D/PIC KENWORTH/TRAIL 50T DELIVERY P/C/UP  955      0.00   0.00

                    Receipts Summary                  Summary
Date     Seq  Method   Ref/PO   Amount      W/EQUIPMENT RENTAL    3585.00
04/26/05 04  Paid     VISA     895.00
05/04/05 07  Paid     VISA     895.00      Total                  2265.00
05/26/05 06  Paid     VISA     895.00

I, the undersigned renter, specifically acknowledge that I have received and understand the instructions regarding the use and operation of the rented equipment.
Renter further acknowledges that he has read and fully understands the within equipment rental contract and agrees to be bound by all of the terms, conditions and provisions hereof. Renter acknowledges that he has received a true and correct copy of this agreement at the time of execution hereof.

I accept/decline the damage waiver, as provided on the reverse side and agree to pay the above described additional charges therefor.

IF DECLINED PLEASE INITIAL ▷

RETURN EQUIPMENT BY:
X _____
         SIGNATURE
THIS IS YOUR CONTRACT. READ BOTH SIDES BEFORE SIGNING.

Sales Person:                 Date:  Customer:                 Contract:
HOLLIE RANGE                  05/26  DYNAMIC SYSTEMS, INC.     02-025171-05

PCI 000738

