PINNACLE CONSTRUCTION INC.                                                    18634

Check#:  18634          Date:  05/03/2006       Amount: 2,294.75       Vendor: 629 Tab Electric, Inc.

114380-1          200470 Ft. Rich Mini Mall w/Gas St              2,294.75                          2,294.75

✗ *this check* Not included in original Direct Payments to TAB but Should be added for a revised total of $42,892.04

ODUCT LM102     USE WITH 9380 ENVELOPE     NEBS  To Reorder: 1-800-225-6380 or www.nebs.com     PRINTED IN U.S.A.     A     B

PINNACLE CONSTRUCTION INC.                                                    18338

Check#:  18338          Date: 02/20/2006       Amount: 979.67        Vendor:  629 Tab Electric, Inc.

| Invoice# | Description | | Balance | Discount | This Check |
|----------|-------------|--|---------|----------|------------|
| 1144241  | inv 114241  | | 979.67  |          | 979.67     |

PRODUCT LM102     USE WITH 9380 ENVELOPE     NEBS  To Reorder: 1-800-225-6380 or www.nebs.com     PRINTED IN U.S.A.     A     B

18333

## PINNACLE CONSTRUCTION INC.

| Check#: 18333 | Date: 02/20/2006 | Amount: 3,943.30 | Vendor: 495 Marshall's Electric, Inc. |
|---|---|---|---|

*TAB Electric*

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FRMM PR #3 | FRMM PR #3-Dec 04 | 6,154.29 | | 3,943.30 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

PCI 000741

PINNACLE CONSTRUCTION INC.

17364

| Check#: 17364 | Date: 08/30/2005 | Amount: 979.68 | Vendor: 629 Tab Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| 1144241 | Inv 114241 | 1,959.35 | | 979.68 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0138

# PINNACLE CONSTRUCTION INC.

17265

| Check#:  17265 | Date: 08/17/2005 | Amount: 8,690.49 | Vendor: 495 Marshall's Electric, Inc. |

*TAB Electric* (handwritten)

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|-----------|
| FS 10 PR#5 | FS 10 PR #5 | 1,000.00 | | 1,000.00 |
| FRMM PR #2 | FRMM PR #2- Nov | 5,695.00 | | 5,695.00 |
| FRMM PR #3 | FRMM PR #3-Dec 04 | 8,149.78 | | 1,995.49 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0237    B

PCI 000743

16650

## PINNACLE CONSTRUCTION INC.

*TAB Electric*

| Check#: 16650 | Date: 05/25/2005 | Amount: 8,370.00 | Vendor: 495 Marshall's Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FRMM PR #1 | FRMM PR#1 - Oct | 5,280.00 | | 5,280.00 |
| FRMM PR #3 | FRMM PR #3-Dec 04 | 11,239.78 | | 3,090.00 |

PRODUCT LM102    USE WITH 9380 ENVELOPE        NEBS  To Reorder: 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.        A

6852

PCI 000744

## Pinnacle Construction, Inc.
4141 Ingra Street, Suite 200/ Anchorage, AK 99503
Phone 907-522-0040 / Fax 907-522-0041

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: __AAFES Mini Mall / Food / Gas__  Job No.: __2004-70__ Subcontract No.: _____

Date: _____  Entered: _____  GL #: _____  Cost Code: _____

Category: _____  PM Approval: _____

Subcontractor: TAB Electric, Inc.

Address: PO Box 11502          Anchorage, AK 99511

Pay Request No.: __3__  Date:          Period:          To: N/A

This lien release is for Invoice # 114380 only

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $9300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ | 2 |
| 3 | Adjusted Contract Amount | $ | $ | 3 |
| 4 | Value of work completed to date (____% of line 3). | $ | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ | $ | 5 |
| 6 | Total of lines 4 and 5 | $ | $ | 6 |
| 7 | Less total amount previously requested | $ | $ | 7 |
| 8 | Total amount requested this application. | $ | $ | 8 |
| 9 | Special payment term ( Discount ____% ) | $ | $ | 9 |
| 10 | Less Retainage this request ( ____% of line 8 ) | $ 930.00 | $ | 10 |
| 11 | Total Retainage to date ( ____% of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $8370.00 | $ | 12 |

Pd v #16650  5/25/05  $8370.00

### CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 6/14/05

Subscribed and sworn before me this day of 14th

Jun 2005

Notary Public: Rebecca Sim

My Commission Expires: 5/15/06

Date: 6-14-05

Subcontractor: TAB Electric Inc.

By (Authorized Signature): _____

Title: Sec / Treas

PCI 000745

PINNACLE CONSTRUCTION INC.

16307

| Check#: 16307 | Date: 03/29/2005 | Amount: 17,634.15 | Vendor: 629 Tab Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| 1144241 | Inv 114241 | 19,593.50 | | 17,634.15 |

PRODUCT LM102     USE WITH 9380 ENVELOPE     NEBS  To Reorder: 1-800-225-6380 or www.nebs.com     PRINTED IN U.S.A.     A

0196

PCI 000746

## Pinnacle Construction, Inc.
**4141 Ingra Street, Suite 200 / Anchorage, AK 99503**
**Phone 907-522-0040 / Fax 907-522-0041**

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No.: 2004-70  Subcontract No.: ___n/a_____
Date: 3/29/05 Entered: 13595 GL #: 51500 Cost Code: 16050

Category: Subcontractor  PM Approval: _MH_

| Subcontractor: | Tab Electric, Inc. | | | |
|---|---|---|---|---|
| Address: | P.O. Box 1111802 | Anchorage, AK 99511 | | |
| Inv. No.: 114241 | Date of Invoice: 12/20/2004 | Period: | To: | |

| | | | | |
|---|---|---|---|---|
| 1 | 25% of Original Contract Amount (w/ Marshall's Elec) | $19,593.50 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $-0- | $ | 2 |
| 3 | Adjusted Contract Amount | $19,593.50 | $ | 3 |
| 4 | Value of work completed to date ( 100 % of line 3). | $19,593.50 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ n/a | $ | 5 |
| 6 | Total of lines 4 and 5. | $19,593.50 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $19,593.50 | $ | 8 |
| 9 | Special payment term ( Discount __0__% ) | $-0- | $ | 9 |
| 10 | Less Retainage this request ( __10__% of line 8 ) | $ 1,959.35 | $ | 10 |
| 11 | Total Retainage to date ( ____% of line 6 ) | $ 1,959.35 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $17,634.15 | $ | 12 |

Pd √II 16807 $17,634.15   3/29/05

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

| | |
|---|---|
| Date: 3·29·05 | Date 3-29-05 |
| Subscribed and sworn before me this day of 29 | Subcontractor TAB ELECT/T/2/04 |
| March 200 5 | By (Authorized Signature) |
| Notary Public: | Title SEC/Threts |
| My Commission Expires: 04·01·08 | |

PCI 000747

Waiver and Release of Lien

Submitted to: Pinnacle Construction, Inc.
4141 Ingra Street, Suite 200
Anchorage, AK 99503

Submitted from: TAB Electric, Inc.
PO Box 11802
Anchorage, AK 99511
Phone (907) 344-3436
Fax (907) 349-1813

Project:  Ft. Richardson Mini Mall
Ft. Richardson, AK
Project # 2005-54

Application for Payment # _Final Payment &_
_Retainage_
Application date: _____
Period ending: __6/30/2005__

**Invoice Amount:** ___0.00___

Less 10% Retainage: ___0.00___

Net Payment: __$14,593.14__

*16 887 89*

*PAID IN FULL (TB)*

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date: __7-4-06__

Subcontractor: _TAB ELECTRIC INC_

_Authorized Signature_

Title: _Exec/Treas_

PCI 000748

Waiver and Release of Lien

*Submitted to:* Pinnacle Construction, Inc.
4141 Ingra Street, Suite 200
Anchorage, AK 99503

*Project:* Upgrade Burger King
Ft. Richardson
*Project #* 2005-54

*Submitted from:* TAB Electric
PO Box 11802
Anchorage AK 99511
phone 907 344 3436
fax 907 349-1813

*Application for Payment #* 114380-1
*Application date:* 5/1/2006
*Period ending:* 5/31/2006

**Invoice Amount:** $ 2,294.75
*Less 10% Retainage:* 0

*Net Payment:* $ 2,294.75

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____ 200__

Notary Public: _____

My Commission Expires: _____

Date: _____
Sub-
contractor  Tab Electric

_____
Authorized Signature

Title: _____

Check # _____
Release to    Signature

Date _____
Printed name

PCI 000749

Waiver and Release of Lien

Submitted to: Pinnacle Construction, Inc.
4141 Ingra Street, Suite 200
Anchorage, AK 99503

Submitted from: TAB Electric, Inc.
PO Box 11802
Anchorage, AK 99511
Phone (907) 344-3436
Fax (907) 349-1813

Project:  Ft. Richardson Mini Mall
Ft. Richardson, AK
Project # 2005-54

Correction for CO
Work

Application for Payment # _____
Application date: _____
Period ending:   6/30/2005

**Invoice Amount:**    0.00

Less 10% Retainage:    0.00

Net Payment:    $2,294.75

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date: _____

Subcontractor: _____

_____
Authorized Signature

Title: _____

| DATE | ENTERED |
|------|---------|
| JOB/GL # 205470 | PHASE # |
| | 515.66 |
| | 16.650 |
| APPROVED | |

PCI 000750

# PINNACLE CONSTRUCTION, INC.

## FAX COVER SHEET

**DATE:** Tuesday, March 21, 2006

**NO. OF PAGES:** Fax Memo Only

**TO:** Becky
TAB Electric, Inc.
PO Box 111802
Anchorage, AK 99511

**FROM:** Matthew Hartman
Pinnacle Construction, Inc.
4141 Ingra Street, Ste 200
Anchorage, AK 99503

**PHONE NO.:** 907-344-3436

**PHONE NO.:** 907-522-0040

**FAX NO.:** 907-346-3430 349-1813

**FAX NO.:** 907-522-0041

*Mailed 3-22-06*

**PROJECT:** *2004-70 - Fort Richardson Mini Mall/Food/Gas*

**SUBJECT:** *Lien Release for Final Payment*

**ACTION REQUIRED:** Complete and return lien release

Becky,

The lien release sent on 2/21/06 in the amount of $14,593.14 is correct. Following is a break down showing this as the final amount.

$17,763.67   Balance per TAB's statement dated 3/1/06
$   -515.78   Delete finance charges as our contract with Marshall's was "pay when paid".
$17,247.89   Balance of contract work with Marshall's Electric
$ -2,654.75   Deduct for City Electric to complete work since TAB refused to complete work

$14,593.14 Net amount due to TAB Electric, Inc.

Additionally, Pinnacle Construction, Inc. has not been provided as-built drawings, per our contract with Marshall's Electric these must be provided prior to releasing retainage.

Please sign, notarize and return the completed lien release previously sent to you and your checks will be mailed unless other arrangements are made.

Thank you.

*Matt Hartman*

*Sent now another Lien Release w/ original of this Fax via certified mail.*

---

**IF YOU DO NOT RECEIVE ALL OF THE INDICATED PAGES PLEASE CALL
OUR OFFICE IMMEDIATELY.**

PCI 000751



# AB ELECTRIC, INC.
(907) 344-3436 FAX (907) 349-1813

RECEIVED

MAR 1 6 2006

PINNACLE CONSTRUCTION

To: ~~AB~~ Matt Hartman

Company: Pinnacle Construction

Fax #: 522-0041

Tel #: 522-0040

Re: Ft. Rich Mini Mall

From: Becky

Date: 3/16/06

Page 1 of 2

Remarks:

Amount of lien release and Amount billed don't match. Please correct and fax new lien release.

Becky

P.O. Box 111802    Anchorage    Alaska 99511

PCI 000752



**TAB ELECTRIC, INC.**
PO BOX 111802
ANCHORAGE AK 99511-1802
907-344-3436

License: A18743

# STATEMENT

Statement Date: 03/01/2006

**Billed To:** Pinnacle Construction
4141 Ingre Street
Suite 200
Anchorage AK 99503

**Project:** Ft. Richardson Mini Mall
4141 Ingra Street
Suite 200
ANCHORAGE AK 99503

| Invoice# | Due Date | Description | Amount | Paid/Credit | Now Due |
|----------|----------|-------------|--------|-------------|---------|
| 114241 | 01/19/2005 | 90% Completion Billing | 23,512.20 | 21,301.71 | 2,210.49 |
| 114257 | 01/31/2005 | Finance Charge | 411.46 | | 411.46 |
| 114380 | 07/02/2005 | 100% Complete | 15,037.40 | | 15,037.40 |
| 114420 | 07/01/2005 | Finance Charge | 104.32 | | 104.32 |
| | | **Totals:** | **39,065.38** | **21,301.71** | **17,763.67** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91 + Days | Retention |
|---------|-----------|------------|------------|-----------|-----------|
| 0.00 | 0.00 | 0.00 | 0.00 | 17,763.67 | 0.00 |

*Please Pay This Amount*  | 17,763.67

| **Contract Summary** | Original Contract Amount | 0.00 |
|---|---|---|
| | Net Changes to Date | 0.00 |
| | New Contract Amount | 0.00 |
| | Total Invoiced to Date | 85,574.00 |
| | Remaining Balance on Contract | -85,574.00 |

*Terms: All invoices are due and payable within 30DAY of receipt. A service charge of 10.50 %
per anum will be computed on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment.*

PCI 000753

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TAB Electric, Inc.
PO Box 111802
Anchorage, AK 99511

RECEIVED
FEB 24 2006
PINNACLE CONSTRUCTION

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rebecca Pe_    ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
2 23 06                          2 23 06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7004 1160 0003 3164 7199

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

PCI 000754

# PINNACLE CONSTRUCTION, INC.

 Mailed 2/21/06

## FAX COVER SHEET

**DATE:** Tuesday, February 21, 2006          **NO. OF PAGES:** 6 with Fax Memo

**TO:**

TAB Electric, Inc.
PO Box 111802
Anchorage, AK 99511

**PHONE NO.:** 907-344-3436

**FAX NO.:**      907-346-3430
                  349-1813

**FROM:** Matthew Hartman
Pinnacle Construction, Inc.
4141 Ingra Street,  Ste 200
Anchorage, AK  99503

**PHONE NO.:** 907-522-0040

**FAX NO.:**      907-522-0041

**PROJECT:** *2004-70 - Fort Richardson Mini Mall/Food/Gas*
**SUBJECT:** *Lien Release for Final Payment*

**ACTION REQUIRED:** Complete and return lien release

Following is a lien release for final payment (including retainage) on the work completed on the Ft. Richardson Mini Mall Project.  Please sign, notarize and return the completed lien release and your check will be mailed unless other arrangements are made.

The lien release amount includes the payments from last August that were never picked up even though lien releases were faxed.

Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE INDICATED PAGES PLEASE CALL
OUR OFFICE IMMEDIATELY.**

PCI 000755

Waiver and Release of Lien

Submitted to: Pinnacle Construction, Inc.
4141 Ingra Street, Suite 200
Anchorage, AK 99503

Submitted from: TAB Electric, Inc.
PO Box 11802
Anchorage, AK 99511
Phone (907) 344-3436
Fax (907) 349-1813

Project:  Ft. Richardson Mini Mall
Ft. Richardson, AK
Project # 2005-54

|  |  |
|---|---|
| Application for Payment # | Final Payment & Retainage |
| Application date: | |
| Period ending: | 6/30/2005 |
| **Invoice Amount:** | 0.00 |
| Less 10% Retainage: | 0.00 |
| Net Payment: | $14,593.14 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date: _____

Subcontractor: _____

_____
Authorized Signature

Title: _____

**Check#: 17265**    Date: 08/17/2005    Vendor#: 495 Marshall's Electric, Inc.

*TAB Electric*

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FS 10 PR#5 | FS 10 PR #5 | 1,000.00 | | 1,000.00 |
| FRMM PR #2 | FRMM PR #2- Nov | 5,695.00 | | 5,695.00 |
| FRMM PR #3 | FRMM PR #3-Dec 04 | 8,149.78 | | 1,995.49 |

COPY

---

## PINNACLE CONSTRUCTION INC.

THE FIRST NATIONAL BANK
OF ANCHORAGE

17265

4141 INGRA STREET, SUITE 200
ANCHORAGE, AK 99503
(907) 522-0040

89-6/1252

|  | DATE | AMOUNT |
|---|---|---|
|  | 08/17/2005 | *******$8,690.49 |

*EIGHT THOUSAND SIX HUNDRED NINETY AND 49/100 DOLLARS*

PAY
TO THE
ORDER
OF

COPY

**TAB Electric, Inc.**
**PO Box 111802**
**Anchorage, AK 99511**

TWO SIGNATURES REQUIRED IF OVER $1500.00

AUTHORIZED SIGNATURE

⑆017265⑆ ⑆125200060⑆ 2312 402 7⑈

---

## PINNACLE CONSTRUCTION INC.

17265

**Check#: 17265**    Date: 08/17/2005    Amount: 8,690.49    Vendor: 495 Marshall's Electric, Inc.

*TAB Electric*

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FS 10 PR#5 | FS 10 PR #5 | 1,000.00 | | 1,000.00 |
| FRMM PR #2 | FRMM PR #2- Nov | 5,695.00 | | 5,695.00 |
| FRMM PR #3 | FRMM PR #3-Dec 04 | 8,149.78 | | 1,995.49 |

COPY

Check#: 17364          Date: 08/30/2005          Vendor#: 629 Tab Electric, Inc.

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|------------|
| 1144241 | Inv 114241 | 1,959.35 | | 979.68 |

COPY

---

**PINNACLE CONSTRUCTION INC.**
4141 INGRA STREET, SUITE 200
ANCHORAGE, AK 99503
(907) 522-0040

THE FIRST NATIONAL BANK
OF ANCHORAGE

17364

89-6/1252

|  | DATE | AMOUNT |
|--|------|--------|
|  | 08/30/2005 | *********$979.68 |

*NINE HUNDRED SEVENTY-NINE AND 68/100 DOLLARS*

COPY

PAY
TO THE
ORDER
OF

Tab Electric, Inc.
P.O. Box 111802
775 E. 100th Avenue
Anchorage AK 99511-1802

TWO SIGNATURES REQUIRED IF OVER $1500.00

AUTHORIZED SIGNATURE

⑈"0⑈73⑈4⑈"  ⑈:⑈25200060⑈:  23⑈2  402  7⑈"

---

PINNACLE CONSTRUCTION INC.                                                17364

Check#: 17364        Date: 08/30/2005        Amount: 979.68        Vendor: 629 Tab Electric, Inc.

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|------------|
| 1144241 | Inv 114241 | 1,959.35 | | 979.68 |

COPY

| Check#: 18338 | Date: 02/20/2006 | Vendor#: 629 Tab Electric, Inc. | | |
|---|---|---|---|---|
| Invoice# | Description | Balance | Discount | This Check |
| 1144241 | Inv 114241 | 979.67 | | 979.67 |

COPY

**PINNACLE CONSTRUCTION INC.**
4141 INGRA STREET, SUITE 200
ANCHORAGE, AK 99503
(907) 522-0040

THE FIRST NATIONAL BANK
OF ANCHORAGE

89-6/1252

18338

| DATE | AMOUNT |
|---|---|
| 02/20/2006 | *********$979.67 |

*NINE HUNDRED SEVENTY-NINE AND 67/100 DOLLARS*

COPY

TWO SIGNATURES REQUIRED IF OVER $1500.00

PAY
TO THE
ORDER
OF

Tab Electric, Inc.
P.O. Box 111802
775 E. 100th Avenue
Anchorage AK 99511-1802

_James Lambert - Treasurer_
AUTHORIZED SIGNATURE

⑆018338⑆ ⑈125200060⑈ 2312 402 7⑈

**PINNACLE CONSTRUCTION INC.**                                  18338

| Check#: 18338 | Date: 02/20/2006 | Amount: 979.67 | Vendor: 629 Tab Electric, Inc. | |
|---|---|---|---|---|
| Invoice# | Description | Balance | Discount | This Check |
| 1144241 | Inv 114241 | 979.67 | | 979.67 |

COPY

PRODUCT LM102     USE WITH 9080 ENVELOPE     NEBS  To Reorder: 1-800-225-6380 or www.nebs.com     PRINTED IN U.S.A.

PCI 000759

Tab Electric - AAFES Mini Mall

| Pay App | Inv # | Inv Date | Amt Invoiced | Amt approved | Check issued | Amount | Retainage Held | Retainage Paid | Notes | Complete |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 114214 | 11/22/2004 | $47,024.40 | $47,024.40 | 2/11/2005 | $42,321.96 | $4,702.44 | | Inv addressed to Marshalls - pd joint check | 60% |
| 2 | 114241 | 12/20/2004 | $23,512.20 | $19,593.50 | 3/29/2005 | $17,634.15 | $1,959.35 | | Inv addressed to Marshalls-Pinnacle paid as per 25% of original contract (19593.50) | C.shes 80% Aprv 85% |
| 3 | 114337 | 3/25/2005 | $9,300.00 | $9,300.00 | 5/25/2005 | $8,370.00 | $930.00 | | Check mailed, Pinnacle returned | 96% |
| 4 | 114380 | 6/2/2005 | $15,037.40 | $9,656.10 | 8/17/2005 | $8,690.49 | $965.61 | | Lien release faxed 8/18/05, waiting for signed and notarized form to be returned. | 100% |
| Deduct for completion | | | | ($2,654.75) | | | ($2,654.75) | | Deduct City Electric Invoice from retainage because TAB refused to complete work. | |
| #2 - 50% Retainage | | | | | 8/30/2005 | | | $979.68 | Paid 50% retainage from Pay Application #2 in TAB's vendor file Inv # 114241. | |
| #2 - 50% Retainage | | | | | 2/20/2006 | | | $979.67 | Pay 50% retainage from Pay Application #2 in TAB's vendor file Inv # 114241. | |
| #1, 3, 4 - Retainage | | | | | 2/20/2006 | | | $3,943.30 | Pay balance of retainage from balance left on Marshall's | |
| | | | | | | | | | | |
| Totals | | | $94,874.00 | $82,919.25 | | $77,016.60 | $5,902.65 | $5,902.65 | | |

Power        $78,374.00
Trenching    $7,200.00

**Total**    $85,574.00    Contract amount with Marshall's Electric
City Electric    -$2,654.75

**Revised Total**    $82,919.25

PCI 000760

# PINNACLE CONSTRUCTION, INC.



## FAX COVER SHEET

**DATE:** Thursday, August 18, 2005          **NO. OF PAGES:** 3 with Fax Memo

**TO:**                                          **FROM:**  Matthew Hartman
    TAB Electric, Inc.                                  Pinnacle Construction, Inc.
    PO Box 111802                                       4141 Ingra Street,  Ste 200
    Anchorage, AK 99511                                 Anchorage, AK  99503

**PHONE NO.:** 907-344-3436          **PHONE NO.:** 907-522-0040

**FAX NO.:**    907-~~346-3430~~          **FAX NO.:**    907-522-0041
                     349-1813

**PROJECT:** *2004-70 - Fort Richardson Mini Mall/Food/Gas*
**SUBJECT:** *Payment*

---

**ACTION REQUIRED:** Complete and return lien release

Following is a lien release for the work completed on the Ft. Richardson Mini Mall Project.  Please sign, notarize and return and your check can be mailed or picked up.

Please see the following chart showing your invoices and amounts.  The chart shows the invoice totals exceed the total contract amount and an adjustment was made so the total invoiced equals the contract amount.  This may have been due to re-invoicing for retainage which is not necessary.  Please do not send another invoice for the retainage, our records already show it as a balance due to TAB Electric, Inc.

The retainage will be released as soon as it is received from the owner.  We expect half of the retainage by approximately September 1 and the remainder released by approximately October 1.


Thank you.

*Matt Hartman*

*Tom Brown*
*529 - 4655 cell*
*344 - 3436 office*

---

**IF YOU DO NOT RECEIVE ALL OF THE INDICATED PAGES PLEASE CALL**
**OUR OFFICE IMMEDIATELY.**

PCI 000761

## Pinnacle Construction, Inc.
### 4141 Ingra Street, Suite 200/ Anchorage, AK  99503
### Phone 907-522-0040 / Fax 907-522-0041

### Subcontractor Application for Payment / Lien Release

**FOR OFFICE USE ONLY:** Project Name: __AAFES Mini Mall / Food / Gas__  Job No.: __2004-70__ Subcontract No.: __N/A__

Date: __8/18/05__    Entered: _____  GL #: _____  Cost Code: __16050S__

Category: _____    PM Approval: _____

Subcontractor:    TAB Electric, Inc.

Address:    PO Box 11502    Anchorage, AK 99511

Pay Request No.: __4__    Date: 6/2/05    Period: _____    To: _____

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount (with Marshall's Electric) | $ 85,574.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ - 0 - | $ | 2 |
| 3 | Adjusted Contract Amount | $ 85,574.00 | $ | 3 |
| 4 | Value of work completed to date (____% of line 3). | $ 85,574.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ - 0 - | $ | 5 |
| 6 | Total of lines 4 and 5. | $ 85,574.00 | $ | 6 |
| 7 | Less total amount previously ~~requested~~ approved. | $ 75,917.90 | $ | 7 |
| 8 | Total amount requested this application. | $  9,656.10 | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $ - 0 - | $ | 9 |
| 10 | Less Retainage this request (  10  % of line 8 ) | $     965.61 | $ | 10 |
| 11 | Total Retainage to date (  10  % of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $  8,690.49 | $ | 12 |

### CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub contractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date_____

Subcontractor _____

By (Authorized Signature)_____

Title _____

PCI 000762

Tab Electric - AAFES Mini Mall

| Pay App | Inv # | Inv Date | Amt invoiced | Amt approved | Check Issued | Amount | Retainage Held | Notes | Complete |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 114214 | 11/22/2004 | $47,024.40 | $47,024.40 | 2/11/2005 | $42,321.96 | $4,702.44 | Inv addressed to Marshalls - pd joint check | 60% |
| 2 | 114241 | 12/20/2004 | $23,512.20 | $19,593.50 | 3/29/2005 | $17,634.15 | $1,959.35 | Inv addressed to Marshalls-Pinnacle paid as per 85% of original contract (19593.50) | 85% |
| 3 | 114337 | 3/25/2005 | $9,300.00 | $9,300.00 | 5/25/2005 | $8,370.00 | $930.00 | Check mailed | 96% |
| 4 | 114380 | 6/2/2005 | $15,037.40 | $9,656.10 | 8/17/2005 | $8,690.49 | $965.61 | Lien release faxed 8/18/05, waiting for signed and notarized form to be returned. | 100% |
| Totals | | | $94,874.00 | $85,574.00 | | $77,016.60 | $8,557.40 | Retainage to be paid upon receipt of retainage from the Owner. | |

Power          $78,374.00
Trenching      $7,200.00

Total          $85,574.00  Contract amount with Marshall's Electric is equal to amount approved.



**ELECTRIC, INC.**
(907) 344-3436 FAX (907) 349-1813

RECEIVED

JUN - 2 2005

PINNACLE CONSTRUCTION

To: Matt

Company: Pinnacle Const.

Fax #: 522-0041

Tel #: 522-0040

Re: 100% billing invoice

From: Becky

Date: 6/2/05

Page 1 of 2

Remarks:



**ELECTRIC, INC.**
(907) 344-3436 (907) 346-3430

P.O. Box 111802
Anchorage, AK 99511

# Contract Invoice

Invoice#: 114380

Date: 06/02/2005

**Billed To:** Pinnacle Construction
4141 Ingre Street
Suite 200
Anchorage AK 99503

**Project:** Ft. Richardson Mini Mall
4141 Ingra Street
Suite 200
ANCHORAGE AK 99503

**Due Date:** 07/02/2005 **Terms:** 30DY **Order#**

| Description | Unit | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 100% Complete | | 1.0000 | 15,037.400000 | 15,037.40 |

*[handwritten]* 9,656.10

*[handwritten]* Please revise amount they are including retainage & and it still doesn't compute!

*[handwritten stamp]*
DATE 6/6/05  MH  ENTERED 14179- 14587
JOB/GL# _____ PHASE #
2004-70   16050 S (Marshall's)
            use 10% retainage
APPROVED  MH

*[handwritten]* -965.41
*[handwritten]* 8690.4

*[handwritten]* See Also (related Invoice (4?) Recut 1520 for Pay against Marshall's

A service charge of 10.50% per annum will be charged on all amounts
overdue on regular statement dates.

Thank you for your prompt payment!

| | |
|---|---|
| Non-Taxable Amount: | 15,037.40 |
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| Amount Due | 15,037.40 |

PCI 000765



**T AB ELECTRIC, INC.**
(907) 344-3436 (907) 346-3430 Lic. A1673

P.O. Box 111802
Anchorage, AK 99511

RECEIVED

JUN - 3 2005

PINNACLE CONSTRUCTION

# Contract Invoice

Invoice#: 114380

Date: 06/02/2005

**Billed To:** Pinnacle Construction
4141 Ingre Street
Suite 200
Anchorage AK 99503

**Project:** Ft. Richardson Mini Mall
4141 Ingra Street
Suite 200
ANCHORAGE AK 99503

ORIGINAL

**Due Date:** 07/02/2005          **Terms:** 30DY          Order#

| Description | Unit | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| | | 1.0000 | 15,037.400000 | 15,037.40 |
| 100% Complete | | | | |

*A service charge of 10.50 % per annum will be charged on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment!*

| | |
|---|---|
| Non-Taxable Amount: | 15,037.40 |
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| **Amount Due** | **15,037.40** |

PCI 000766

Tab Electric - AAFES Mini Mall

| Pay App | Inv # | Inv Date | Amt | Amt approved | Date Pd | Amt Pd | Ret Held | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 114214 | 11/22/2004 | $ 47,024.40 | $ 47,024.40 | 2/11/2005 | $ 42,321.96 | $ 4,702.44 | Inv addressed to Marshalls - pd joint check |
| 2 | 114241 | 12/20/2004 | $ 23,512.20 | $ 19,593.50 | 3/29/2005 | $ 17,634.15 | $ 1,959.35 | Inv addressed to Marshalls-Pinnacle paid as per 25% of original contract (19593.50) |
| 3 | 114337 | 3/25/2005 | $ 9,300.00 | 9,300.00 | 5/25/2005 | $ 8,370.00 | $ 930.00 | Check mailed |
| -1 | 114380 | 6/2/2005 | $ 15,037.40 | 9,656.10 | | | | |

Totals           $ 94,874.00   $ 85,574.00

| Power | | $78,374.00 | |
|---|---|---|---|
| Trenching | 570 | $7,200.00 | |
| CO junction cabinet | | $12.63 | 2465 Deleted from their scope |
| CO delete final connecti | | $500.00 | City Electric performed final connection. |

Total    $86,074.00

*[handwritten annotation, illegible]*

# Pinnacle Construction, Inc.
**4141 Ingra Street, Suite 200 / Anchorage, AK 99503**
**Phone 907-522-0040 / Fax 907-522-0041**

## Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No.: 2004-70 Subcontract No.: ___n/a_____

Date: 3/29/05 Entered: 13595 GL #: 51500 Cost Code: 16050

Category: Subcontractor  PM Approval: _MH_

| | | | | |
|---|---|---|---|---|
| Subcontractor: | Tab Electric, Inc. | | | |
| Address: | P.O. Box 1111802 | Anchorage, AK 99511 | | |
| Inv. No.: 114241 | Date of Invoice: 12/20/2004 | Period: | To: | |

| # | Description | Amount | | # |
|---|---|---|---|---|
| 1 | 25% of Original Contract Amount (w/ Marshall's Elec) | $19,593.50 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $-0- | $ | 2 |
| 3 | Adjusted Contract Amount | $19,593.50 | $ | 3 |
| 4 | Value of work completed to date ( 100 % of line 3). | $19,593.50 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ n/a | $ | 5 |
| 6 | Total of lines 4 and 5. | $19,593.50 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $19,593.50 | $ | 8 |
| 9 | Special payment term ( Discount _0_ % ) | $-0- | $ | 9 |
| 10 | Less Retainage this request ( _10_ % of line 8 ) | $ 1,959.35 | $ | 10 |
| 11 | Total Retainage to date ( ____% of line 6 ) | $ 1,959.35 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $17,634.15 | $ | 12 |

*Pd ✓# 16807 $17,634.15 3/29/05*

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _3.29.05_
Subscribed and sworn before me this day of _29_
_March_ 200_5_
Notary Public: _Vaun W Dasson_
My Commission Expires: _04.01.08_

Date _3-29-05_
Subcontractor _TAB ELEC_
By (Authorized Signature) _____
Title _Sec/Thiorts_

PCI 000768

To: From: TAB Electric, In.. 907-349-1813 Tue 8 Feb 2005 17:06:23 Page 2

**TAB ELECTRIC, INC.**
PO BOX 111802
ANCHORAGE AK 99511-1802
907-344-3438

RECEIVED
FEB 1 1

fax 349-1813

PINNACLE CONSTRUCTION

# Contract Invoice

Invoice#: 114241

License: A18743

Date: 12/20/2004

**Billed To:** MARSHALL'S ELECTRIC
3621 E. 66th Avenue
Anchorage AK 99507

**Project:** Ft. Richardson Mini Mall
3621-E 66th Ave
ANCHORAGE AK 99507

| Due Date: 01/19/2005 | Terms: 30DY | Order# |
|---|---|---|

| Description | Unit | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 90% Completion Billing | | 1.0000 | 23,512.200000 | 23,512.20 |
| 60% previously Billed on invoice # 114214 | | | | |

*(handwritten)* 85%

*(handwritten)*
Total 85%    19,593.50
– 10% Retainage
$17,634.15

Total
$78,374     19,5—
47,354—     
— 883.80

25% 0.

**DATE** 3/29/05    **ENTERED** 135 95
**JOB/GL#**    **PHASE #**
2004-70    16050 S
**APPROVED** *(initialed MRP)*

*A service charge of 10.50 % per annum will be charged on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment!*

| | |
|---|---|
| Non-Taxable Amount: | 23,512.20 |
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| **Amount Due** | **23,512.20** |

PCI 000769

# Pinnacle Construction
# Fax Cover Sheet



**Date:**      March 29, 2004

**To:**        **Tom Brown**
              **Tab Electric, Inc.**

**Fax:**       349-1813

**From:**      **Marlene Stengel**
              **Office Manager**

**Re:**        **Subcontractor Requirements, including Payment/Lien Release
              Form**

**Number of Pages including this sheet:**  5

**We have payment waiting to be released...all we need is a bit of information
about your company as listed on the Subcontractor Requirements sheet
attached. Please sign, date, and notarize the Subcontractor Payment and
Lien Release form, then, return the original to our office. Faxing the other
forms requested is acceptable.**

**Please call me at 522-0040, if you've any questions.**

**Thank you and best regards,**

*Marlene*

### Pinnacle Construction, Inc.
**4141 Ingra Street, Suite 200 / Anchorage, AK  99503**
**Phone 907-522-0040 / Fax 907-522-0041**

## Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall  Job No.: 2004-70  Subcontract No.: ___n/a_____

Date: 3/29/05 Entered: 13595 GL #: 51500 Cost Code: 16050

Category: <u>Subcontractor</u>  PM Approval: _MH_

Subcontractor:    Tab Electric, Inc.

Address:      P.O. Box 1111802          Anchorage, AK  99511

Inv. No.:
114241      Date of Invoice: 12/20/2004      Period:          To:

| | | | | |
|---|---|---|---|---|
| 1 | 25% of Original Contract Amount (w/ Marshall's Elec) | $19,593.50 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $-0- | $ | 2 |
| 3 | Adjusted Contract Amount | $19,593.50 | $ | 3 |
| 4 | Value of work completed to date ( _100_ % of line 3). | $19,593.50 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ n/a | $ | 5 |
| 6 | Total of lines 4 and 5. | $19,593.50 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $19,593.50 | $ | 8 |
| 9 | Special payment term ( Discount _0_ % ) | $-0- | $ | 9 |
| 10 | Less Retainage this request ( _10_ % of line 8 ) | $ 1,959.35 | $ | 10 |
| 11 | Total Retainage to date ( _____% of line 6 ) | $ 1,959.35 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $17,634.15 | $ | 12 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____
Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date_____
Subcontractor _____
By (Authorized Signature)_____
Title _____

# Pinnacle Construction, Inc.

4141 Ingra Street, Suite 200/ Anchorage, AK 99503
Phone 907-522-0040 / Fax 907-522-0041

### Subcontractor Application for Payment / Lien Release

| FOR OFFICE USE ONLY: Project Name: AAFES Mini Mall / Food / Ges  Job No.: 2004-70 Subcontract No.: _____ |
|---|
| Date: _____  Entered: _____  GL #: _____  Cost Code: _____ |
| Category: _____  PM Approval: _____ |

Subcontractor:  TAB Electric, Inc.

Address:  PO Box 11502          Anchorage, AK 99511

Pay Request ·
No.: ___3___  Date: _____  Period: _____          To: N/A

This lien release is for Invoice # 114380 only

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $9300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ | 2 |
| 3 | Adjusted Contract Amount | $ | $ | 3 |
| 4 | Value of work completed to date ( ____% of line 3). | $ | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ | $ | 5 |
| 6 | Total of lines 4 and 6. | $ | $ | 6 |
| 7 | Less total amount previously requested | $ | $ | 7 |
| 8 | Total amount requested this application. | $ | $ | 8 |
| 9 | Special payment term ( Discount ____% ) | $ | $ | 9 |
| 10 | Less Retainage this request ( ____% of line 8 ) | $ 930.00 | $ | 10 |
| 11 | Total Retainage to date ( ____% of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $8370.00 | $ | 12 |

Pd v=114380  5/25/05  $8370.00

## CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 6/14/05

Subscribed and sworn before me this day of ___14th___

Notary Public _____

My Commission Expires: 5/6/06

Date  6-14-05

Subcontractor  TAB ELECTRIC INC

By (Authorized Signature) _____

Title  SEC / TREAS

PCI 000772

## Pinnacle Construction, Inc.
*4141 Ingra Street, Suite 200/ Anchorage, AK 99503*
*Phone 907-522-0040 / Fax 907-522-0041*

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: __AAFES Mini Mall / Food / Gas__ Job No.: __2004-70__ Subcontract No.: _____
Date: _____ Entered: _____ GL #: _____ Cost Code: _____
Category: _____ PM Approval: _____

Subcontractor: TAB Electric, Inc.
Address: PO Box 11502          Anchorage, AK 99511
Pay Request No.: __3__  Date: _____          Period: _____          To: N/A

This lien release is for Invoice # 114380 only

| # | Description | | | |
|---|-------------|---|---|---|
| 1 | Original Contract Amount | $9300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ | 2 |
| 3 | Adjusted Contract Amount | $ | $ | 3 |
| 4 | Value of work completed to date (____% of line 3). | $ | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ | $ | 5 |
| 6 | Total of lines 4 and 5. | $ | $ | 6 |
| 7 | Less total amount previously requested | $ | $ | 7 |
| 8 | Total amount requested this application. | $ | $ | 8 |
| 9 | Special payment term ( Discount ____% ) | $ | $ | 9 |
| 10 | Less Retainage this request ( ____% of line 8 ) | $ 930.00 | $ | 10 |
| 11 | Total Retainage to date ( ____% of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $8370.00 | $ | 12 |

### CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 6/14/05

Subscribed and sworn before me this day of 14th
June 200 5
Notary Public _____
My Commission Expires: 8/5/06

Date 6-14-05
Subcontractor TAB ELECTRIC INC
By (Authorized Signature) _____
Title Sec / TREAS

PCI 000773

# Open Invoices

05/25/05

Pinnacle Construction, Inc., 2005

Open Invoices

*Marshall's*

| Record# | Invoice# | Date | Description | Due Date | Status | Invoice Total | Paid | Disc/Credit | Invoice Balance |
|---------|----------|------|-------------|----------|--------|---------------|------|-------------|-----------------|
| 12213 | FRMM PR #1 | 10/25/2004 | FRMM PR#1 - Oct | 11/30/2004 | 1 | 52,800.00 | 47,520.00 | | 5,280.00 |
| 12408 | FS 10 PR#5 | 10/25/2004 | FS 10 PR #5 | 11/24/2004 | 1 | 23,790.01 | 22,790.01 | | 1,000.00 |
| 12427 | FRMM PR #2 | 11/24/2004 | FRMM PR #2- Nov | 12/30/2004 | 1 | 56,950.00 | 51,255.00 | | 5,695.00 |
| 12774 | FRMM PR #3 | 12/22/2004 | FRMM PR #3-Dec 04 | 01/31/2005 | 1 | 78,800.00 | 67,560.22 | | 11,239.78 |
| | | | | | | 212,340.01 | 189,125.23 | | 23,214.78 |

*Handwritten notations:*

Bal 3359.78

7880 R

19,855 R
−1,000 FS10

18,855 Retainage
3359.78 Bal due

8370 due to Tab

FRMM#1 Released
FRMM#3

5280 retainage
3090
8370

Page 1



**TAB ELECTRIC, INC.**
PO BOX 111802
ANCHORAGE AK 99511-1802
907-344-3496

License: A18743

# Contract Invoice

Invoice#: 114337

Date: 03/25/2005

**Billed To:** MARSHALL'S ELECTRIC
3621 E. 66th Avenue
Anchorage AK 99507

**Project:** Ft. Richardson Mini Mall
3621-E 66th Ave
ANCHORAGE AK 99507

| Due Date: 04/25/2005 | Terms: 30DY | Order# |
|---|---|---|

| Description | Amount |
|---|---|
| Transformer Material Onsite | 9,300.00 |

*I don't know if this should be entered as JAB or "Marshall's" since they were a sub to Marshall. Please check w/ James tho.*

*Per James – Pay against Marshall's open balance due  5/9/05 MS*

| DATE | | ENTERED |
|---|---|---|
| JOB/GL # | PHASE # | |
| APPROVED | | TMR |

*A service charge of 10.50 % per annum will be charged on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment!*

| Non-Taxable Amount: | 9,300.00 |
|---|---|
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| **Amount Due** | **9,300.00** |

PCI 000775



# AB ELECTRIC, INC.

(907) 344-3436 FAX (907) 349-1813 Lic. #8213

To: Hatt

Company: Pinnacle Const.

Fax #: 522-0041

Tel #: _____

Re: Mini Mall

From: Devon

Date: 3·28/05

Page 1 of ____

Remarks:

P.O. Box 111802          Anchorage          Alaska 99511

PCI 000776

**Pinnacle Construction, Inc.**
*4141 Ingra Street, Suite 200/ Anchorage, AK 99503*
*Phone 907-522-0040 / Fax 907-522-0041*

### Subcontractor Application for Payment / Lien Release

---

**FOR OFFICE USE ONLY:** Project Name: __AAFES Mini Mall / Food / Gas__ Job No.: __2004-70__ Subcontract No.: _____

Date: _____ Entered: _____ GL #: _____ Cost Code: _____

Category: _____ PM Approval: _____ .

---

Subcontractor: ___TAB Electric, Inc.___

Address: ___PO Box 11502___ ___Anchorage, AK 99511___

Pay Request No.: ___3___ Date: _____ Period: _____ To: N/A

This lien release is for Invoice # 114380 only

| # | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $9300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ | 2 |
| 3 | Adjusted Contract Amount | $ | $ | 3 |
| 4 | Value of work completed to date (____% of line 3). | $ | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ | $ | 5 |
| 6 | Total of lines 4 and 5. | $ | $ | 6 |
| 7 | Less total amount previously requested | $ | $ | 7 |
| 8 | Total amount requested this application. | $ | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $ | $ | 9 |
| 10 | Less Retainage this request ( _____% of line 8 ) | $ 930.00 | $ | 10 |
| 11 | Total Retainage to date ( _____% of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $8370.00 | $ | 12 |

**CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:**

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date_____

Subcontractor _____

By (Authorized Signature)_____

Title _____

PCI 000777



# Pinnacle Construction, Inc.

**4141 Ingra Street, Suite 200/ Anchorage, AK 99503**
**Phone 907-522-0040 / Fax 907-522-0041**

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: __AAFES Mini Mall / Food / Gas__ Job No.: __2004-70__ Subcontract No.: _____

Date: _____ Entered: _____ GL #: _____ Cost Code: _____

Category: _____ PM Approval: _____.

| | | | |
|---|---|---|---|
| Subcontractor: | TAB Electric, Inc. | | |
| Address: | PO Box 11502 | Anchorage, AK 99511 | |
| Pay Request No.: ___3___ | Date: | Period: | To: N/A |

This lien release is for Invoice # 114380 only

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $9300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ | 2 |
| 3 | Adjusted Contract Amount | $ | $ | 3 |
| 4 | Value of work completed to date (____% of line 3). | $ | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ | $ | 5 |
| 6 | Total of lines 4 and 5. | $ | $ | 6 |
| 7 | Less total amount previously requested | $ | $ | 7 |
| 8 | Total amount requested this application. | $ | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $ | $ | 9 |
| 10 | Less Retainage this request ( _____% of line 8 ) | $ 930.00 | $ | 10 |
| 11 | Total Retainage to date ( _____% of line 6 ) | $ | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $8370.00 | $ | 12 |

CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date_____

Subcontractor _____

By (Authorized Signature)_____

Title _____