17245

# PINNACLE CONSTRUCTION INC.

| Check#: 17245 | Date: 08/17/2005 | Amount: 2,654.75 | Vendor: 649 City Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| 8693 | FRMM P/R #1, Inv 8693 | 2,654.75 | | 2,654.75 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0257    B

PCI 000779

RECEIVED

AUG 2 4 2005

PINNACLE CONSTRUCTION

**Pinnacle Construction, Inc.**
2410 Azurite Ct., Suite B/ Anchorage, AK 99507
Phone 907-522-0040 / Fax 907-522-0041

**Subcontractor Application for Payment / Lien Release**

D444

FOR OFFICE USE ONLY: Project Name: _AAFES Mini Mall / Food / Gas_ Job No.: _2004-70_ Subcontract No.: _N/A_
Date: _7/12/05_ Entered: _____ GL #: _____ Cost Code: _9950 S____
Category: Subcontractor  PM Approval: _____

| | | | |
|---|---|---|---|
| Subcontractor: | City Electric, Inc. | | |
| Address: | 819 Orca Street | Anchorage, AK 99501 | |
| Pay Request No.: _1_ | Date of Request: 07/12/05 | Period: | To: 7/12/05 |

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $ 2,654.75 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ - 0 - | $ | 2 |
| 3 | Adjusted Contract Amount | $ 2,654.75 | $ | 3 |
| 4 | Value of work completed to date ( _100_ % of line 3). | $ 2,654.75 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval) | $ - 0 - | $ | 5 |
| 6 | Total of lines 4 and 5. | $ 2,654.75 | $ | 6 |
| 7 | Less total amount previously requested | $ - 0 - | $ | 7 |
| 8 | Total amount requested this application. | $ 2,654.75 | $ | 8 |
| 9 | Special payment term (Discount _____% ) | $ - 0 - | $ | 9 |
| 10 | Less Retainage this request ( _0_ % of line 8 ) | $ - 0 - | $ | 10 |
| 11 | Total Retainage to date ( _0_ % of line 6 ) | $ - 0 - | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $ 2,654.75 | $ | 12 |

√ #17245  $ 2654.75  8/17/05

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub contractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: __August 18, 2005__
Subscribed and sworn before me this day of __August__
__18__ 200_5_
Notary Public: _Janet E. Dandy_
My Commission Expires: __11/21/05__

Date __8/18/2005__
Subcontractor __City Electric, Inc.__
By (Authorized Signature) _[signature]_
Title _President / Gabriel Marian_

INVOICE



# CITY ELECTRIC INC.

819 ORCA STREET • ANCHORAGE, ALASKA 99501-4041
(907) 272-4531 • FAX: (907) 264-6491

RECEIVED

JUN 1 6 2005

PINNACLE CONSTRUCTION

DATE    6/15/2005

TO

**PINNACLE CONSTRUCTION INC.**
**4141 INGRA ST**
**ANCHORAGE, AK  99501**

CUSTOMER
ORDER NO.

D00444.000

## No.    8693

Attn:  Randy Grider | DESCRIPTION

---

**_FORT RICHARDSON - MINI MALL_**

      PER ATTACHED BREAKDOWN    $    2,654.75

      **6/15/05 END**

**TOTAL DUE THIS INVOICE**    $    2,654.75

| DATE 6-16-05 | ENTERED 14402 |
|---|---|
| JOB/GL# 2004-70 | PHASE # |
| 20612 | 51500 |
| | |
| APPROVED M.H. | |

**CITY ELECTRIC INC.**
**819 ORCA**
**ANCHORAGE AK 99501**

6/15/2005

Project :

Work Order # : Revision #1
Fort Rich. PINNACLE CONSTRUCTION

| Unit Description | Unit Quantity | Unit Price | SUBD OR Unit Material | Labor & Material | Extended Labor & Material |
|---|---|---|---|---|---|
| MOB/DEMOB | 1.000 | $ 360.00 | $ - | $ 360.00 | $ 360.00 |
| FEED THRU MULTI-POINT 4 POSITION | 3.000 | $ 300.00 | $ 247.50 | $ 547.50 | $ 1,642.50 |
| GROUND ROD INSTALLATION | 1.000 | $ 240.00 | $ 52.25 | $ 292.25 | $ 292.25 |
| HI-POT TESTING | 1.000 | $ 360.00 | $ - | $ 360.00 | $ 360.00 |
| | | | | TOTAL | $ 2,654.75 |

These prices based on work done between 8:00 AM and 5:00 P.M Monday through Friday. Any work beyond this time frame will be charged at an additional 38.75 dollars per man hour.

Thank You,
Jim Farnam

*Randy Grisbie*
*Office*
*533-0040*
*FAX 533-0041*

PINNACLE CONSTRUCTION INC.

17518

| Check#: 17518 | Date: 09/21/2005 | Amount: 845.00 | Vendor: 638 Pile Co, Inc. | | |
|---|---|---|---|---|---|
| Invoice# | Description | | Balance | Discount | This Check |
| 2534 FRMM #1 | FRMM P/R #1 | | 845.00 | | 845.00 |

PAID IN FULL

PRODUCT LM102     USE WITH 9380 ENVELOPE          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.                    A

**Pinnacle Construction, Inc.**
*4141 Ingra St., #200 / Anchorage, AK 99503*
*Phone 907-522-0040 / Fax 907-522-0041*

RECEIVED

SEP 27 2005

Subcontractor Application for Payment / Lien Release

PINNACLE CONSTRUCTION

| FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: 200470-24 |
|---|
| Date: _____ Entered: _____ GL #: _____ Cost Code: _16050___ |
| Category: Subcontractor PM Approval: _____ |

Subcontractor: Pile Co, Inc.
Address: 10601 Olive Lane        Anchorage, AK 99515
Pay Request
No.: _R2_        Date of Request: 09/30/05        Period:            To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $16,900.00 | $ | 7 |
| 8 | Total amount requested this application. | $--0-- | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $--0-- | $ | 9 |
| 10 | Less Retainage this request ( ___% of line 8 ) | $--0-- | $ | 10 |
| 11 | Total Retainage to date ( ___% of line 6 ) | $--0-- | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST- Balance of Retention Contract PAID IN FULL | $  845.00 | $ | 12 |

CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 9/26/05
Subscribed and sworn before me this day of 26
September 2005
Notary Public: Cheryl Quillin
My Commission Expires: 5/07/07

Date 9/26
Subcontractor
By (Authorized Signature)
Title President

# Pinnacle Construction
# Fax Cover Sheet

**Date:**        September 23, 2005

**To:**          Pile Co., Inc.
**Attn:**        Accounts Receivable

**Fax:**         349-3321

**From:**        Marlene Stengel
                 Office Manager

**Project:**     AAFES – Ft. Richardson Mini Mall

**Re:**          Subcontractor Payment/Lien Release Form

**Number of Pages including this sheet: 2**

We have payment waiting to be released on the balance of retention held for this project…Please sign, date, and notarize the following Subcontractor Payment and Lien Release form and return the original to our office.  Payment will then be mailed unless other arrangements are made.

Call 907-522-0040, if you've any questions.

Thank you and best regards,

*Marlene*

Pinnacle Construction, Inc.

4141 Ingra Street, Suite 200
Anchorage, AK  99503
~~2410 Azurite Court #B~~    PCI 000785
~~Anchorage, AK  99507~~

Ph (907) 522-0040
Fax (907) 522-0041

# Pinnacle Construction, Inc.
**4141 Ingra St., #200 / Anchorage, AK  99503**
**Phone 907-522-0040 / Fax 907-522-0041**

### Subcontractor Application for Payment / Lien Release

**FOR OFFICE USE ONLY:** Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: _200470-24_

Date: _____   Entered: _____   GL #: _____   Cost Code: _16050___

Category: Subcontractor   PM Approval: _____

| | | | |
|---|---|---|---|
| Subcontractor: | Pile Co, Inc. | | |
| Address: | 10601 Olive Lane | Anchorage, AK 99515 | |
| Pay Request No.: _R2_ | Date of Request: 09/30/05 | Period: | To: |

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $16,900.00 | $ | 7 |
| 8 | Total amount requested this application. | $--0-- | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $--0-- | $ | 9 |
| 10 | Less Retainage this request ( ___% of line 8 ) | $--0-- | $ | 10 |
| 11 | Total Retainage to date ( ___% of line 6 ) | $--0-- | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST- Balance of Retention Contract PAID IN FULL | $  845.00 | $ | 12 |

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

| | |
|---|---|
| Date: _____ | Date _____ |
| Subscribed and sworn before me this day of_____ | Subcontractor _____ |
| _____200_____ | By (Authorized Signature)_____ |
| Notary Public: _____ | Title _____ |
| My Commission Expires: _____ | |

PCI 000786

09/02/2005  12:45    907-522-0041                PINNACLE CONSTRUCTION

**Pinnacle Construction, Inc.**
4141 Ingra St., #200 / Anchorage, AK 99503
Phone 907-522-0040 / Fax 907-522-0041

RECEIVED

SEP – 7 2005

## Subcontractor Application for Payment / Lien Release

PINNACLE CONSTRUCTION

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: _200470-24_
        Date: _____   Entered: _____   GL #: _____   Cost Code: _16050___
                        Category: Subcontractor  PM Approval: _____

Subcontractor:   Pile Co, Inc.

Address:   10601 Olive Lane            Anchorage, AK 99515

Pay Request
No.: _R1_      Date of Request: 08/30/05      Period:               To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $16,900.00 | $ | 7 |
| 8 | Total amount requested this application. | $--0-- | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $--0-- | $ | 9 |
| 10 | Less Retainage this request ( _0_% of line 8 ) | $--0-- | $ | 10 |
| 11 | Total Retainage to date ( _5_% of line 6 ) | $  845.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST-50% Retention Release | $  845.00 | $ | 12 |

Pd  #17355   8/30/05   $845

## CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 9/6/05
Subscribed and sworn before me this day of_____
Sep   6      200  05
Notary Public: Cheryl Sullivan
My Commission Expires:  05/05/07

Date  9/6/05
Subcontractor  PILE CO I.
By (Authorized Signature) _____
Title  Pres

PCI 000787

# Pinnacle Construction
# Fax Cover Sheet

**Date:**        September 2, 2005

**To:**          Pile Co., Inc.
**Attn:**        Accounts Receivable

**Fax:**         349-3321

**From:**        Marlene Stengel
                 Office Manager

**Project:**     AAFES – Ft. Richardson Mini Mall

**Re:**          Subcontractor Payment/Lien Release Form

**Number of Pages including this sheet: 2**

We have payment waiting to be released on 50% of the retention previously held ($845.00)...Please sign, date, and notarize the following Subcontractor Payment and Lien Release form and return the original to our office. Payment will then be mailed unless other arrangements are made.

Call 907-522-0040, if you've any questions.

Thank you and best regards,

*Marlene*

Pinnacle Construction, Inc.

4141 Ingra Street, Suite 200
Anchorage, AK 99503
~~2410 Azurite Court #B~~
~~Anchorage, AK 99507~~

Ph (907) 522-0040
Fax (907) 522-0041

PCI 000788

## Pinnacle Construction, Inc.
### 4141 Ingra St., #200 / Anchorage, AK 99503
### Phone 907-522-0040 / Fax 907-522-0041

### Subcontractor Application for Payment / Lien Release

**FOR OFFICE USE ONLY:** Project Name: <u>Ft. Rich Mini Mall</u> Job No: <u>4-70</u> Subcontract No.: <u>200470-24</u>

Date: _____ Entered: _____ GL #: _____ Cost Code: _16050___

Category: <u>Subcontractor</u> PM Approval: _____

Subcontractor: Pile Co, Inc.

Address: 10601 Olive Lane          Anchorage, AK 99515

Pay Request No.: _R1_    Date of Request: 08/30/05    Period:          To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $16,900.00 | $ | 7 |
| 8 | Total amount requested this application. | $--0-- | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $--0-- | $ | 9 |
| 10 | Less Retainage this request ( _0_% of line 8 ) | $--0-- | $ | 10 |
| 11 | Total Retainage to date ( _5_% of line 6 ) | $ 845.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST-50% Retention Release | $ 845.00 | $ | 12 |

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date _____

Subcontractor _____

By (Authorized Signature)_____

Title _____

PCI 000789

# Pinnacle Construction, Inc.
### 4141 Ingra St., #200 / Anchorage, AK 99503
### Phone 907-522-0040 / Fax 907-522-0041

RECEIVED

## Subcontractor Application for Payment / Lien Release

JUL 14 2005

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: __200470-24__

Date: _____ Entered: _____ GL #: _____ Cost Code: _16050___

Category: Subcontractor  PM Approval: _____

PINNACLE CONSTRUCTION

Subcontractor: Pile Co, Inc.

Address: 10601 Olive Lane     Anchorage, AK 99515

Pay Request No.: _1_   Date of Request: 05/31/05   Period:          To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $16,900.00 | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $--0-- | $ | 9 |
| 10 | Less Retainage this request ( _10_% of line 8 ) | $ 1,690.00 | $ | 10 |
| 11 | Total Retainage to date ( _10_% of line 6 ) | $ 1,690.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $15,210.00 | $ | 12 |

Pd √ # 16995  7/12/05  $15210

## CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 7/13/05

Subscribed and sworn before me this day of 13

July 200 5

Notary Public: Cheryl A Sullivan

My Commission Expires: 5-07-07

Date 7/13/05

Subcontractor Pile Co Inc

By (Authorized Signature) Jerry Taylor

Title Pres

PCI 000790



**PILE CO, INC**
**10601 OLIVE LANE**
**ANCHORAGE AK 99515-2426**

RECEIVED
MAY 2 4 2005
PINNACLE CONSTRUCTION

License #:   11921

# CONTRACT INVOICE

| | |
|---|---|
| Invoice#: | 2534 |
| Invoice Date: | 05/23/2005 |
| Due Date: | 06/03/2005 |
| Order: | |

TO:    PINNACLE CONSTRUCTION
       4141 INGRA STREET SUITE 200
       ANCHORAGE AK 99503

PROJECT:    FT RICH MINI MALL
            4141 INGRA STREET SUITE 200
            ANCHORAGE AK 99503

---

| *Description* | *Amount* |
|---|---|
| PILING | 16,900.00 |

Notes:
    SUPPLY AND ISNTALL THIRTEEN (13) 7" X 20' PILING W/CONCRETE SURROUNDS @ $1300.00 PER UNIT FOR A
    TOTAL OF $16900.00

TOTAL INVOICE: $16900.00

THANKS FOR YOUR BUSINESS!!

DATE 5/31/05   ENTERED 14133
14417
JOB/GL#    PHASE #
200470    160505   Sw'l Contract
                   200470-24
APPROVED   MTP

| | |
|---|---|
| Non-taxable Amount: | 16,900.00 |
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| Amount Due: | 16,900.00 |

*Please Pay This Amount*          $16,900.00

A ~~finance charge of~~  1.5%  monthly will be charged on all amounts overdue on regular statement dates.
~~Please make check~~ payable to   PILE CO, INC
~~Thank you for your~~ prompt payment!

PCI 000791

# Pinnacle Construction, Inc.

**4141 Ingra St., #200 / Anchorage, AK  99503**
**Phone 907-522-0040 / Fax 907-522-0041**

## Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: <u>Ft. Rich Mini Mall</u> Job No: <u>4-70</u> Subcontract No.: <u>200470-24</u>

Date: _____  Entered: _____  GL #: _____  Cost Code: _16050___

Category: <u>Subcontractor</u>  PM Approval: _____

Subcontractor:  Pile Co, Inc.

Address:  10601 Olive Lane    Anchorage, AK 99515

Pay Request No.: _1_    Date of Request: 05/31/05    Period:          To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $16,900.00 | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $-0-- | $ | 9 |
| 10 | Less Retainage this request ( _10_% of line 8 ) | $ 1,690.00 | $ | 10 |
| 11 | Total Retainage to date ( _10_% of line 6 ) | $ 1,690.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $15,210.00 | $ | 12 |

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: _____

Subscribed and sworn before me this day of_____

_____200_____

Notary Public: _____

My Commission Expires: _____

Date_____

Subcontractor _____

By (Authorized Signature)_____

Title _____

PCI 000792

# Pinnacle Construction
# Fax Cover Sheet

**Date:**        July 13, 2004

**To:**        Pile Co. Inc.
**Attn:**       Accounts Receivable

**Fax:**        349-3321

**From:**       Marlene Stengel
             Office Manager

**Project:**     AAFES – Ft. Richardson Mini Mall

**Re:**        Subcontractor Payment/Lien Release Form

**Number of Pages including this sheet: 2**

We have payment waiting to be released…Please sign, date, and notarize the following Subcontractor Payment and Lien Release form; then, return the original to our office.

Call 907-522-0040, if you've any questions.

Thank you and best regards,

*Marlene*

---

Pinnacle Construction, Inc.

Ph (907) 522-0040
Fax (907) 522-0041

4141 Ingra Street, Suite 200
Anchorage, AK 99503
2410 Azurite Court #B
Anchorage, AK 99507

PCI 000793

PINNACLE CONSTRUCTION INC.                                        17355

| Check#: 17355 | Date: 08/30/2005 | Amount: 845.00 | Vendor: 638 Pile Co, Inc. | | |
|---|---|---|---|---|---|
| Invoice# | Description | | Balance | Discount | This Check |
| 2534 FRMM #1 | FRMM P/R #1 | | 1,690.00 | | 845.00 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0147

E

PCI 000794

09/02/2005  12:49    907-522-0041                    PINNACLE CONST

## Pinnacle Construction, Inc.
4141 Ingra St., #200 / Anchorage, AK 99503
Phone 907-522-0040 / Fax 907-522-0041

**RECEIVED**

SEP - 7 2005

PINNACLE CONSTRUCTION

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: _200470-24_
Date: _____  Entered: _____  GL #: _____  Cost Code: _16050___

Category: Subcontractor   PM Approval: _____

| | | | | |
|---|---|---|---|---|
| Subcontractor: | Pile Co, Inc. | | | |
| Address: | 10601 Olive Lane | Anchorage, AK 99515 | | |
| Pay Request No.: _R1_ | Date of Request: 08/30/05 | Period: | To: | |

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $-0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $-0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $16,900.00 | $ | 7 |
| 8 | Total amount requested this application. | $-0-- | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $-0-- | $ | 9 |
| 10 | Less Retainage this request ( _0_ % of line 8 ) | $-0-- | $ | 10 |
| 11 | Total Retainage to date ( _5_ % of line 6 ) | $ 845.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST-50% Retention Release | $ 845.00 | $ | 12 |

Pd √#17355  8/30/05  $845

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

| | |
|---|---|
| Date: 9/6/05 | Date 9/6/05 |
| Subscribed and sworn before me this day of | Subcontractor PILE CO |
| Sep 6 200 05 | By (Authorized Signature) |
| Notary Public: Cheryl Sullivan | Title Pres |
| My Commission Expires: 05/05/07 | |

PCI 000795

PINNACLE CONSTRUCTION INC.                                                  16995

**Check#: 16995**      **Date: 07/12/2005**      **Amount: 15,210.00**      **Vendor: 638 Pile Co, Inc.**

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|------------|
| 2534 FRMM #1 | FRMM P/R #1 | 16,900.00 | | 15,210.00 |

PRODUCT LM102      USE WITH 9380 ENVELOPE      NEBS  To Reorder: 1-800-225-6380 or www.nebs.com      PRINTED IN U.S.A.      A

0507

PCI 000796

*Pinnacle Construction, Inc.*
4141 Ingra St., #200 / Anchorage, AK 99503
Phone 907-522-0040 / Fax 907-522-0041

RECEIVED

JUL 1 4 2005

### Subcontractor Application for Payment / Lien Release

PINNACLE CONSTRUCTION

FOR OFFICE USE ONLY: Project Name: Ft. Rich Mini Mall Job No: 4-70 Subcontract No.: 200470-24
Date: _____ Entered: _____ GL #: _____ Cost Code: _16050_
Category: Subcontractor PM Approval: _____

Subcontractor: Pile Co. Inc.
Address: 10601 Olive Lane                    Anchorage, AK 99515
Pay Request
No.: _1_        Date of Request: 05/31/05        Period:                    To:

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $16,900.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $--0-- | $ | 2 |
| 3 | Adjusted Contract Amount | $16,900.00 | $ | 3 |
| 4 | Value of work completed to date (100% of line 3). | $16,900.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $--0-- | $ | 5 |
| 6 | Total of lines 4 and 5. | $16,900.00 | $ | 6 |
| 7 | Less total amount previously requested | $-0- | $ | 7 |
| 8 | Total amount requested this application. | $16,900.00 | $ | 8 |
| 9 | Special payment term ( Discount _____ % ) | $-0-- | $ | 9 |
| 10 | Less Retainage this request ( _10_ % of line 8 ) | $ 1,690.00 | $ | 10 |
| 11 | Total Retainage to date ( _10_ % of line 8 ) | $ 1,690.00 | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $15,210.00 | $ | 12 |

Pd ✓ # 16995   7/12/05   $15,210 —

### CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 7/13/05
Subscribed and sworn before me this day of _13_
_July_ 200_5_
Notary Public: _Cheryl A Sullivan_
My Commission Expires: _5-07-07_

Date 7/13/05
Subcontractor _Pile Co Inc_
By (Authorized Signature) _____
Title _Pres_

PCI 000797

# PINNACLE CONSTRUCTION, INC.

(Phone)  907-522-0040
(Fax)  907-522-0041

2410 Azurite Crt   Ste B, Anchorage, AK  99507

| SUBCONTRACT CHANGE ORDER | NO.  2004-70-001-S |
|---|---|
| | C.O. NO.:  01 |

| | |
|---|---|
| **SUB/ VENDOR:** Roland Kennerson<br>Premier Alaska, Inc<br>P.O. Box 876209<br>Wasilla, AK  99687<br>(Phone) 907-357-5918<br>(Fax) 907-357-5919  *FAXED 5/4/05* | **C. O. DATE:** May 04, 2005<br>**PROJECT:** 2004-70 - Fort Richardson Mini Mall/Food/Gas<br><br>**COST CODE:**  02300 Earthwork subcontractor |

| | | |
|---|---|---|
| **TOTAL PREVIOUS CHANGE ORDERS:** | $0.00 | **SPECIAL INSTRUCTIONS:** |
| **AMOUNT OF THIS CHANGE ORDER:** | | |
| **TOTAL CHANGE ORDERS TO DATE:** | | |
| **ORIGINAL CONTRACT AMOUNT:** | $482,000.00 | |
| **TOTAL CONT AND CHANGE ORDERS:** | $482,000.00 | |

| DESCRIPTION: | AMOUNT: |
|---|---|
| Trenching for Communication line and sight lighting/electrical, $7/LF ← | |
| Trenching for road crossing if required, $10/LF ← | |
| Change Order Total to be determined by actual footage when complete. ← | |

The work covered by this Change Order shall be performed under the same terms and conditions as those in the original agreement.

| **TOTAL CHANGE ORDER:** | |
|---|---|

| Pinnacle Construction, Inc. | Premier Alaska, Inc |
|---|---|
| Signature: *Matthew Hartman* | Signature: _____ |
| | Title: _____ |
| Date: May 04, 2005 | Date: _____ |

SUBCONTRACTOR - ACCOUNTING - FIELD - PROJECT FILE

**PINNACLE CONSTRUCTION, INC.**

(Phone) 907-522-0040
(Fax) 907-522-0041

2410 Azurite Crt  Ste B, Anchorage, AK  99507

| SUBCONTRACT CHANGE ORDER | NO.  2004-70-001-S |
| --- | --- |
| | C.O. NO.:  01 |

| SUB/ Roland Kennerson<br>VENDOR: Premier Alaska, Inc<br>P.O. Box 876209<br>Wasilla, AK  99687<br>(Phone) 907-357-5918<br>(Fax) 907-357-5919 | C.O. DATE:  May 04, 2005<br><br>PROJECT:  2004-70 - Fort Richardson Mini Mall/Food/Gas<br><br>COST CODE:  02300 Earthwork subcontractor |
| --- | --- |

| TOTAL PREVIOUS CHANGE ORDERS: | $0.00 | SPECIAL INSTRUCTIONS: |
| --- | --- | --- |
| AMOUNT OF THIS CHANGE ORDER: | | |
| TOTAL CHANGE ORDERS TO DATE: | | |
| ORIGINAL CONTRACT AMOUNT: | $482,000.00 | |
| TOTAL CONT AND CHANGE ORDERS: | $482,000.00 | |

| DESCRIPTION: | AMOUNT: |
| --- | --- |
| Trenching for Communication line and sight lighting/electrical, $7/LF ← ( 2579 ft )<br>Trenching for road crossing if required, $10/LF ← ( 1080 ft )<br>Change Order Total to be determined by actual footage when complete ← | 18,053.00<br>1,080.00 |

The work covered by this Change Order shall be performed under the same terms and conditions as those in the original agreement

| TOTAL CHANGE ORDER: | 19,133.00 |
| --- | --- |

| Pinnacle Construction, Inc. | Premier Alaska, Inc |
| --- | --- |
| Signature:  *Matthew Hartman* | Signature:  *Roland Kennerson*  (President) |
| | Title: |
| Date:  May 04, 2005 | Date:  5-25-05 |

SUBCONTRACTOR - ACCOUNTING - FIELD - PROJECT FILE

PCI 000799

May 04 05 04:20p    PINNACLE CONSTRUCTION    9074281061    P.1

## PINNACLE CONSTRUCTION, INC.
2410 Azurite Crt  Ste B, Anchorage, AK 99507

(Phone) 907-522-0040
(Fax) 907-522-0041

| SUBCONTRACT CHANGE ORDER | NO. 2004-70-001-S<br>C.O. NO.: 01 |
|---|---|

| | |
|---|---|
| SUB/ Roland Kennerson<br>VENDOR: Premier Alaska, Inc<br>P.O. Box 876209<br>Wasilla, AK 99687<br>(Phone) 907-357-5918<br>(Fax) 907-357-5919 | C.O. DATE: May 04, 2005<br>PROJECT: 2004-70 - Fort Richardson Mini Mall/Food/Gas<br><br>COST CODE: 02300 Earthwork subcontractor |

| | | |
|---|---|---|
| TOTAL PREVIOUS CHANGE ORDERS: | $0.00 | SPECIAL INSTRUCTIONS: |
| AMOUNT OF THIS CHANGE ORDER: | | |
| TOTAL CHANGE ORDERS TO DATE: | | |
| ORIGINAL CONTRACT AMOUNT: | $482,000.00 | |
| TOTAL CONT AND CHANGE ORDERS: | $482,000.00 | |

| DESCRIPTION: | AMOUNT: |
|---|---|
| Trenching for Communication line and sight lighting/electrical, $7/LF ← | 76 ft   532.00 |
| Trenching for road crossing if required, $10/LF ← | 86   860.00 |
| Change Order Total to be determined by actual footage when complete. ← | |
| *Road crossing for comm line*<br>*Crossing driveway for fuel system* | |

The work covered by this Change Order shall be performed under the same terms and conditions as those in the original agreement.

TOTAL CHANGE ORDER: 1139 2.00

| Pinnacle Construction, Inc. | Premier Alaska, Inc |
|---|---|
| Signature: *Matthew Hartman* | Signature: *Rolan Kennerson* |
| | Title: _____ (PRESIDENT) |
| Date: May 04, 2005 | Date: 5-25-05 |

SUBCONTRACTOR - ACCOUNTING - FIELD - PROJECT FILE

PCI 000800

**PINNACLE CONSTRUCTION INC.**

*North Coast Elec* 16476
*VI a*

16476

. Check#: 16476       Date: 04/29/2005       Amount: 46,260.22       Vendor: 495 Marshall's Electric, Inc.

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|------------|
| FRMM PR #3 | FRMM PR #3-Dec 04 | 57,500.00 | | 46,260.22 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0027    B

PCI 000801

# Pinnacle Construction, Inc.

2410 Azurite Ct., Suite B/ Anchorage, AK 99507
Phone 907-522-0040 / Fax 907-522-0041

RECEIVED

MAY - 2 2005

PINNACLE CONSTRUCTION

### Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: AAFES Mini Mall / Food / Gas   Job No.: 2004-70  Subcontract No.: _____N/A_____

Date: 4/5/05   Entered: _____ GL #: _____ Cost Code: 15300 S

Category: Material Supplier   PM Approval: _____

Subcontractor:   North Coast Electric Company

Address:   5410 Fairbanks Street   Anchorage, AK 99518

Pay Request No.: N/A   Date: 4/27/05   Period: N/A   To: N/A

Order Numbers: 5080606 for Marshall's Electric, Inc., Ft. Rich Mini Mall Lighting Package

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $46,260.22 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ - 0 - | $ | 2 |
| 3 | Adjusted Contract Amount | $46,260.22 | $ | 3 |
| 4 | Value of work completed to date ( _____% of line 3). | $46,260.22 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ - 0 - | $ | 5 |
| 6 | Total of lines 4 and 5. | $46,260.22 | $ | 6 |
| 7 | Less total amount previously requested | $ - 0 - | $ | 7 |
| 8 | Total amount requested this application. | $46,260.22 | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $ - 0 - | $ | 9 |
| 10 | Less Retainage this request ( _____% of line 8 ) | $ - 0 - | $ | 10 |
| 11 | Total Retainage to date ( _____% of line 6 ) | $ - 0 - | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $46,260.22 | $ | 12 |

Pd V# 16476   4/29/05   $ 46,260.22

## CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 4/29/05   Date: 4/29/05

Subscribed and sworn before me this day of   Subcontractor   North Coast Electric

April 29 2005   By (Authorized Signature)

Notary Public:   Title

My Commission Expires: MAY 22 2007



Apr. 28. 2005 9:21AM   07-522-0041    PINNACLE CONSTR    No.4725   P. 01

4141 Ingra Street, Suite 200
Anchorage, Alaska 99503
Phone: (907) 522-0040
Fax: (907) 522-0041

**Pinnacle
Construction, Inc.**

# F A X   M e m o

| | | | |
|---|---|---|---|
| **To:** | North Coast Electric | **From:** | Matt Hartman |
| | Attention: David Allen | | |
| **Fax:** | (907) 563-5284 | **Pages:** | 2, including cover sheet |
| **Phone:** | (907) 563-5229 | **Date:** | 4/27/2005 |
| **Re:** | Ft. Rich Mini Mall | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

David,

The following is our standard lien release used for subcontractors and material supply subcontracts. Please review, sign and have notarized. You can fax and mail us the original.

In the meantime we are processing a check for $46,260.22 for the lighting package at the Ft. Rich Mini Mall. Please call our Office Manager, Marlene Stengle, when the lien release is ready and we can send the check over and schedule the fixtures for delivery.

I will be out of the office 4/28-5/2, if you have any questions you can try to contact me by e-mail at mhartman1@gci.net.

Thanks,

Matt

PCI 000803

Check#: 16342          Date: 04/05/2005          Amount: 21,300.00          Vendor: 495 Marshall's Electric, Inc.

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FRMM PR #3-MH | FRMM PR #3-Dec 04 | 78,800.00 | | 21,300.00 |

PRODUCT LM102     USE WITH 9380 ENVELOPE          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.          A

0161

# Pinnacle Construction, Inc.

**2410 Azurite Ct., Suite B/ Anchorage, AK 99507**
**Phone 907-522-0040 / Fax 907-522-0041**

## Subcontractor Application for Payment / Lien Release

FOR OFFICE USE ONLY: Project Name: __AAFES Mini Mall / Food / Gas__  Job No.: __2004-70__ Subcontract No.: ___N/A___

Date: __4/5/05__  Entered: _____ GL #: _____ Cost Code: __15300 S__

Category: Material Supplier        PM Approval: _____        RECEIVED

| | | | |
|---|---|---|---|
| Subcontractor: | North Coast Electric Company | | |
| Address: | 5410 Fairbanks Street | Anchorage, AK 99518 | |

Pay Request No.: __N/A__    Date: 4/5/05              Period: N/A              To: N/A

Order Numbers: 5085328, 5084862, 5084875, 5084869 for Marshall's Electric, Inc.

| | | | | |
|---|---|---|---|---|
| 1 | Original Contract Amount | $21,300.00 | $ | 1 |
| 2 | Approved Changes (Net) (Add / Deduct) as per attached | $ - 0 - | $ | 2 |
| 3 | Adjusted Contract Amount | $21,300.00 | $ | 3 |
| 4 | Value of work completed to date ( _55_ % of line 3). | $21,300.00 | $ | 4 |
| 5 | Materials stored on site (subject to owner approval ) | $ - 0 - | $ | 5 |
| 6 | Total of lines 4 and 5. | $21,300.00 | $ | 6 |
| 7 | Less total amount previously requested | $ - 0 - | $ | 7 |
| 8 | Total amount requested this application. | $21,300.00 | $ | 8 |
| 9 | Special payment term ( Discount _____% ) | $ - 0 - | $ | 9 |
| 10 | Less Retainage this request ( _____% of line 8 ) | $ - 0 - | $ | 10 |
| 11 | Total Retainage to date ( _____% of line 6 ) | $ - 0 - | $ | 11 |
| 12 | NET AMOUNT DUE THIS REQUEST | $21,300.00 | $ | 12 |

Pd √ #16342  4/5/05   $ 21,300.00

## CERTIFICATE OF THE SUBCONTRACTOR/SUPPLIER:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 4/6/05

Subscribed and sworn before me this day of

April _____ 200_

Notary Public: _____

My Commission Expires: May 22 _____

Date 4/6/05

Subcontractor North Coast Electric

By (Authorized Signature) _____

Title Project Manager

DAVID J. ALLEN  Commission Expires  NOTARY PUBLIC  STATE OF ALASKA  May 22, 2007

# PINNACLE CONSTRUCTION INC.

16336

| Check#: 16336 | Date: 04/05/2005 | Amount: 54.81 | Vendor: 475 Northern Duplicating, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| 11280 | Inv 11280 | 54.81 | | 54.81 |

PRODUCT LM102     USE WITH 9380 ENVELOPE          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.          A

0167

# Northern Duplicating Inc.

**BILL TO**

Pinnacle Construction
4141 Ingra st # 200
Anchorage, AK 99503

**SHIP TO**

Attn: Matt
522-0040

RECEIVED
MAR 1 0 2005
PINNACLE CONSTRUCTION

| P.O. NO. | TERMS | JOB NUMBER |
| --- | --- | --- |
|  | Net 30 | F.R Mini Mall |

| ORIGINALS | # OF SETS | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
|  |  |  | 189 | 0.29 | 54.81 |
|  |  | Oversize Digital Bond ( per sq ft ) |  |  |  |
| 21 | 1 |  |  |  |  |

DATE 3/14/05   ENTERED 3434
JOB/GL# 2004-70   PHASE #
1723 0
APPROVED MJ   Electrical drawings
for Service Electric

**Total** $5

Received By: Marlene Stengel

**PINNACLE CONSTRUCTION INC.**

Check#: **16379**          Date: 04/11/2005          Amount: 430.26          Vendor: 475 Northern Duplicating, Inc.

| Balance | Discount | This Check |
|---------|----------|------------|
| 430.26 |          | 430.26 |

Invoice#          Description
11329              Inv 11329

PRODUCT LM102      USE WITH 9380 ENVELOPE          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.          E          A

0124

PCI 000808



**Northern Duplicating Inc.**

4011 Arctic Blvd Suite 103
Anchorage, Alaska. 99503
Ph (907) 561-4060
Fax (907)561-4086

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/15/2005 | 11329 |

| BILL TO | SHIP TO |
|---------|---------|
| Pinnacle Construction<br>4141 Ingra st # 200<br>Anchorage, AK 99503 | Attn: Matt<br>522-0040 |

| P.O. NO. | TERMS | JOB NUMBER |
|----------|-------|------------|
| | Net 30 | Mini Mall |

| ORIGINALS | # OF SETS | DESCRIPTION | QTY | RATE | AMOUNT |
|-----------|-----------|-------------|-----|------|--------|
| 97 | 6 | 8.5 x 11 Copies | 582 | 0.07 | 40.74 |
| 31 | 6 | Oversize Digital Bond ( per sq ft ) | 1,674 | 0.23 | 385.02 |
| 1 | 6 | Stapled sets | 6 | 0.75 | 4.50 |

DATE 3/21 05    ENTERED 13497
JOB/GL#              PHASE #
2004-70  16050      52000

APPROVED

"Takeover" bid sets

16050 Other
M+

Received By: _Matt Hartman_

| Total | $430.26 |

16468

# PINNACLE CONSTRUCTION INC.

| Check#: | 16468 | Date: 04/26/2005 | Amount: 328.21 | Vendor: 475 Northern Duplicating, Inc. | | |
|---|---|---|---|---|---|---|
| | | | | Balance | Discount | This Check |
| | | | | 328.21 | | 328.21 |

| Invoice# | Description |
|---|---|
| 11468 | Inv 11468 |

PRODUCT LM102    USE WITH 9380 ENVELOPE          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com          PRINTED IN U.S.A.          A

0035

RECEIVED

MAR 0 1 2005


**Northern Duplicating Inc.**

4011 Arctic Blvd Suite 103
Anchorage, Alaska. 99503
Ph (907) 561-4060
Fax (907)561-4086

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/29/2005 | 11468 |

| BILL TO |
|---------|
| Pinnacle Construction<br>4141 Ingra st # 200<br>Anchorage, AK 99503 |

| SHIP TO |
|---------|
| Attn: Matt<br>522-0040 |

| | P.O. NO. | TERMS | JOB NUMBER |
|---|----------|-------|------------|
| | | Net 30 | 04038 |

| ORIGINALS | # OF SETS | DESCRIPTION | QTY | RATE | AMOUNT |
|-----------|-----------|-------------|-----|------|--------|
| 66 | 2 | Oversize Digital Bond ( per sq ft ) | 1,188 | 0.23 | 273.24 |
| 1 | 2 | Edge Binding | 2 | 1.50 | 3.00 |
| 701 | 1 | 8.5 x 11 Copies | 701 | 0.07 | 49.07 |
| 2 | 1 | 8.5 x 11 Coverstock | 2 | 0.20 | 0.40 |
| 1 | 1 | GBC Binding | 1 | 2.50 | 2.50 |

| DATE 4/5/05 | | ENTERED 13679 |
|-------------|---|---------------|
| JOB/GL# | | PHASE # |
| 7004-70 | 16050 | 52000 |
| APPROVED | MH | |

Received By: _Ernie Buck_

| **Total** | **$328.21** |
|-----------|-------------|

PCI 000811

EIN 33-1012353

# Seward Bus Line

57365

**EXPRESS FREIGHT**

(907) 224-3608 • Box 200503 • Anchorage, AK 99520
Anchorage Office 563-0800

DATE 3-11-05

**WAYBILL**

EXPRESS FREIGHT ACCEPTED SUBJECT TO AVAILABLE SPACE ON SCHEDULED BUSES UP TO ONE HOUR BEFORE DEPARTURE TIME

| SHIPPER | PINNACLE Const | CONSIGNEE | SERVICES Electric |
|---|---|---|---|
| ADDRESS | | ADDRESS | Robin Dyste 362-1859 |
| CITY | Anchorage | CITY | Seward |

| PIECES | DESCRIPTION | WEIGHT | CHARGES |
|---|---|---|---|
| 1 | FED EX BOX | | 15 — |
| | | | |
| | | | |
| | | | |

**SHIPPER X** Matt Hartman

RECEIVED C.O.D.

SPECIAL INSTRUCTIONS:

☐ CHARGE SHIPPER
☐ CHARGE CONSIGNEE
☒ PREPAID
☐ COLLECT
☐ C.O.D.

PAYMENT RECEIVED BY Nancy

Cash $ CC     Ck #

| OTHER CHARGES | |
|---|---|
| PREPAID | 15 — |
| CHARGE | |
| COLLECT | |

X _____     _____
RECEIVED BY CONSIGNEE          DATE

PCI 000812

# Journal Transaction Record
10/24/06

Pinnacle Construction, Inc. 2005

Journal Transaction Record

*Record# 1405 to 1405*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Record#** | 1405 | **Status** | 2 Cleared | **Vendor** | | |
| **Trans#** | 03/23/05 | **Source** | 2 Deposits | **Payee** | | |
| **Date** | 03/23/2005 | **Period** | 3 | **Payee2** | | |
| **Description** | Sold Elec Plans on 2004-7 | **Entry Date** | 03/23/2005 | **Address1** | | |
| **Order#** | | **Ledger Ref** | 27630 | **Address2** | | |
| **User Def1** | | **User** | Marlene | **City** | | |
| **User Def2** | | | | **State** | | Zip |

| Description | Account | Subaccount | Debit | Credit |
|---|---|---|---|---|
| Deposit | 10200 Main Checking Acct | | 50.00 | |
| Sold Elec Plans on 2004-70 | 52000 Other Expenses | 2 Construction | | 50.00 |
| *Denali Electric* | | **Totals:** | 50.00 | 50.00 |

| Record# | Job | Phase | Cost Code | Type | Amount |
|---|---|---|---|---|---|
| 38193 | 200470 Ft. Rich Mini M | | 16050.000 Electrical Subc | 5 | -50.00 |

PCI 000813

| Check#: | 15676 | Date: 12/07/2004 | Amount: 47,520.00 | Vendor: 495 Marshall's Electric, Inc. |

| Invoice# | Description | Balance | Discount | This Check |
|----------|-------------|---------|----------|------------|
| FRMM PR #1 | FRMM PR#1 - Oct | 52,800.00 | | 47,520.00 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0827

PCI 000814

# Pinnacle Construction, Inc.
2410 Azurite Ct., Suite B/ Anchorage, AK 99507
Phone 907-522-0040 / Fax 907-522-0041

RECEIVED

OCT 2 5 2004

PINNACLE CONSTRUCTION

## Subcontractor Application for Payment / Lien Release

| FOR OFFICE USE ONLY: | | Date: | |
|---|---|---|---|
| Vendor No.: 495 | Approval: | | |
| Subcontract No.: 2004-70-3 | Job No.: 2004-70 | ENTERED 12213 | |
| | | PATE No. 11/1/04 Cat. | |
| | | JOB/GL# | PHASE # |

Subcontractor: Marshall's Electric, Inc.

Address: 3621 E. 66th Ave.

Anchorage, AK 99507                 APPROVED  ____ 10-29

Project: Ft Richardson Main Mall gas station

Pay Request No.: 1    Date of Request: 10/25/04    Period: OCT 04    To:

| | | | |
|---|---|---|---|
| 1. | Original Contract Amount | $ 566,225 — | $ |
| 2. | Approved Changes (Net) (Add / Deduct) as per attached | $ 0 | $ |
| 3. | Adjusted Contract Amount | $ 566,225.00 | $ |
| 4. | Value of work completed to date (_____% of line 3). | $ 52,800 — | $ |
| 5. | Materials stored on site (subject to owner approval ) | $ | $ |
| 6. | Total of lines 4 and 5. | $ 52,800 | $ |
| 7. | Less total amount previously requested | $ 0 | $ |
| 8. | Total amount requested this application. | $ 52,800 — | $ |
| 9. | Special payment term ( Discount _____% ) | $ | $ |
| 10. | Less Retainage this request ( 10 % of line 8 ) | $ 5,280 | $ |
| 11. | Total Retainage to date ( _____% of line 6 ) | $ 0 | $ |
| 12. | NET AMOUNT DUE THIS REQUEST | $ 47,520 — | $ |

Pd # 15676  12/07/04  $47,520.00

## CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub contractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin. sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

Date: 10-25-04

Subscribed and sworn before me this day of _____

October 25 19 2004

Notary Public: Deidre Watt

State of Alaska
Notary Public
DEIDRE WATT
My commission expires 6/10/2006

Date 10-25-04

Subcontractor / Vendor Marshall's Electric Du

By (Authorized Signature) Cynthia A Marshall

Title Secretary / Treasurer

PCI 000815

# PINNACLE CONSTRUCTION INC.

16036

*Talo Electric &*

| Check#: 16036 | Date: 02/11/2005 | Amount: 42,321.96 | Vendor: 495 Marshall's Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FRMM PR #2 | FRMM PR #2- Nov | 56,950.00 | | 42,321.96 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0467

---

# PINNACLE CONSTRUCTION INC.

16037

| Check#: 16037 | Date: 02/11/2005 | Amount: 8,933.04 | Vendor: 495 Marshall's Electric, Inc. |
|---|---|---|---|

| Invoice# | Description | Balance | Discount | This Check |
|---|---|---|---|---|
| FRMM PR #2 | FRMM PR #2- Nov | 56,950.00 | | 8,933.04 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A

0466

# Pinnacle Construction, Inc.
### 2410 Azurite Ct., Suite B/ Anchorage, AK  99507
### Phone 907-522-0040 / Fax 907-522-0041

## Subcontractor Application for Payment / Lien Release

RECEIVED

NOV 2 4 2004

| FOR OFFICE USE ONLY: | | DATE 11/24/04 - MH | ENTERED 12427 |
|---|---|---|---|
| Vendor No.: _____ | Approval: _____ | JOB/GL # | Date: _____ PHASE # |
| Subcontract No.: _____ | Job No.: _____ | Phase No ___ | Cat.: Sub |
| | | 2004-70    16050 | 51500 |
| | | Subcontract # 200470-3 | |

| | | APPROVED |
|---|---|---|
| Subcontractor: | Marshall's Electric | |
| Address: | 3621 East 66th Avenue – Anchorage, AK  99507 | |
| Project Address: | Ft. Richardson Mini Mall / Gas Station | |
| Pay Request No.: ② | Date of Request: 11/23/04 | Period: 10/25/04    To: 11/25/04 |

| | | | |
|---|---|---|---|
| 1. | Original Contract Amount | $ 566,225.00 | $ |
| 2. | Approved Changes (Net) (Add / Deduct) as per attached | $ | $ |
| 3. | Adjusted Contract Amount | $ 566,225.00 | $ |
| 4. | Value of work completed to date (attach breakdown if necessary) | $ 109,750.00 | |
| | ___% of line 1 | | $ |
| 5. | Value of approved change orders completed to date, per | $ | |
| | Attached no. _____  _% of line 2 | | $ |
| 6. | Materials stored on site (subject to owner approval with | $    0.00 | |
| | Attached breakdown) | | $ |
| 7. | Total (4 + 5 + 6) | $ 109,750.00 | $ |
| 8. | Less total amount previously requested | $  52,800.00 | $ |
| 9. | Total amount requested this application | $  56,950.00 | $ |
| 10. | Special payment term ( Discount _____% ) | $ | $ |
| 11. | Less Retainage this request ( ____% of line 9 ) | $   5,695.00 | $ |
| 12. | Total Retainage ( ____% of line 4 ) | $  10,975.00 | $ |
| 13. | NET AMOUNT DUE THIS REQUEST | $  51,255.00 | $ |

Pd JT √# 16036 $42,321.96 * 11 Feb 2005
16037 $ 8,933.04

## CERTIFICATE OF THE SUBCONTRACTOR:

I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes there to) between the undersigned and Pinnacle Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (sub subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation, that all work performed and materials furnished have been provided without discrimination as to race, creed, color, notional origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold Pinnacle Construction, Inc. harmless from any claim of lien by my subcontractors, suppliers, equipment rental or labor.

| **JURAT** | Date        23 November 2004 |
|---|---|
| Da | |
| Su  State of Alaska | Subcontractor / Vendor  Marshall's Electric, Inc. |
| County of Anchorage | |
| — Subscribed and sworn/affirmed to before me this 23rd day of November | By (Authorized Signature) _____ |
| N 20 04 , by Brad Marshall | |
| Deidre Watt | |
| Notary Public | State of Alaska |
| | Notary Public |
| | DEIDRE WATT |
| | My comm... ...es 6/10/2006 |

PCI 000817



**ELECTRIC, INC.**
(907) 344-3436 (907) 346-3430 lic. A8763

P.O. Box 111802
Anchorage, AK 99511

# Contract Invoice

Invoice#: 114214

Date: 11/22/2004

**Billed To:** MARSHALL'S ELECTRIC
3621 E. 66th Avenue
Anchorage AK 99507

**Project:** Ft. Richardson Mini Mall
3621-E 66th Ave
ANCHORAGE AK 99507

| Due Date: 12/22/2004 | Terms: 30DY | Order# |
|---|---|---|

| Description | Unit | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 60% Completion billing | | 78,374.0000 | 0.600000 | 47,024.40 |

*A service charge of 10.50% per annum will be charged on all amounts overdue on regular statement dates.*

*Thank you for your prompt payment!*

| | |
|---|---|
| Non-Taxable Amount: | 47,024.40 |
| Taxable Amount: | 0.00 |
| Sales Tax: | 0.00 |
| Amount Due | 47,024.40 |

Marshalls a
Tabs
Joint ✓ #16036   vd 2/11/05

$ 42,321.96

PCI 000818