Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>        Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>        Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**REQUEST FOR ORAL ARGUMENT ON USE-PLAINTIFF'S MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS** |

COMES NOW Defendant Pinnacle Construction, Inc. ("Pinnacle"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and pursuant to D.Ak. LR 7.2 hereby requests oral argument on Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions dated November 3, 2006 (docket 16). Pinnacle's Opposition was filed November 10, 2006 (docket 21), Exhibit 1 thereto (documents bates numbered PCI 000686 through PCI 000818) was filed on November 13 (docket 22), a hard copy of

Request For Oral Argument on Use-Plaintiff's Motion   *United States of America fubo Marshall's Electric, Inc.*
to Compel Discovery & Motion for Sanctions   *vs. Pinnacle Construction, Inc., et al.*
Page 1 of 2   Case No. 3:06-cv-00045 TMB

Exhibit 1 was delivered to the Court on November 14, and Use-Plaintiff's Reply was filed November 15 (docket 24).

DATED this 20th day of November, 2006, at Anchorage, Alaska.

>HOLMES WEDDLE & BARCOTT, P.C.
>Attorneys for Defendant Pinnacle Construction, Inc.
>
>By:       s/Grant E. Watts
>701 W. Eighth Avenue, Suite 700
>Anchorage, Alaska 99501-3408
>Phone: (907) 274-0666
>Fax: (907) 277-4657
>Email: gwatts@hwb-law.com
>Alaska Bar No. 8609090

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2006, a true and correct copy of the foregoing was served electronically on:

> Swan T. Ching, Esq.

s/Grant E. Watts

Request For Oral Argument on Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 2 of 2

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB