Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **PROPOSED ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON USE-PLAINTIFF'S MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS** |

This matter having come before the court upon Defendant Pinnacle Construction, Inc.'s November 20, 2006 Request For Oral Argument on Use-Plaintiff's Motion To Compel Discovery & Motion For Sanctions; the court having considered the relevant pleadings and being fully advised in the premises;

Proposed Order Granting Request For Oral Argument
on Use-Plaintiff's Motion to Compel Discovery &
Motion for Sanctions
Page 1 of 2

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

IT IS HEREBY ORDERED that Pinnacle's Request For Oral Argument on Use-Plaintiff's Motion To Compel Discovery & Motion For Sanctions is GRANTED. The hearing is scheduled for _____ o'clock __.m. on _____, 2006.

DATED this ___ day of November, 2006, at Anchorage, Alaska.

                                                                                  _____
                                                                                  Honorable Timothy M. Burgess

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2006, a true and correct copy of the foregoing was served electronically on:

    Swan T. Ching, Esq.

s/Grant E. Watts    

Proposed Order Granting Request For Oral Argument on Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 2 of 2

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB