Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| For the use and benefit of ) | | |
| MARSHALL'S ELECTRIC, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PINNACLE CONSTRUCTION, INC. ) | | |
| and CONTINENTAL CASUALTY ) | | |
| COMPANY, ) | | |
| ) | | |
| Defendants. ) | Case No. 3:06-CV-00045 TMB | |
| _____) | | |
| ) | | |
| PINNACLE CONSTRUCTION INC. ) | REMINDER TO COURT | |
| ) | | |
| Counter-claimant, ) | | |
| v. ) | | |
| ) | | |
| MARSHALL'S ELECTRIC, INC. ) | | |
| ) | | |
| Counterclaim- ) | | |
| Defendant. ) | | |
| _____) | | |

     On 11/3/06 plaintiff MARSHALL'S ELECTRIC, INC. filed a

MOTION TO COMPEL AND MOTION FOR SANCTIONS against PINNACLE

CONSTRUCTION, INC. relating to certain discovery disputes

between them.  (Dockets 16 - 19.)  All filings relating to these motions were completed 11/20/06.

In light of the approaching discovery deadline, the undersigned hopes that by filing this reminder, the motions will be brought forth for the court's consideration shortly.

Dated this 3rd day of January, 2007.

/s/Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for Plaintiff

Certificate of Service

Served via electronic mail on Jan. 3rd, 2007, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____