Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| For the use and benefit of ) | | |
| MARSHALL'S ELECTRIC, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PINNACLE CONSTRUCTION, INC. ) | | |
| and CONTINENTAL CASUALTY ) | | |
| COMPANY, ) | | |
| ) | | |
| Defendants. )  Case No. 3:06-CV-00045 TMB | | |
| _____) | | |
| ) MOTION TO REOPEN DISCOVERY | | |
| PINNACLE CONSTRUCTION INC. )  and FOR LEAVE TO DEPOSE | | |
| ) PINNACLE CONSTRUCTION, INC. | | |
| Counter-claimant, )  (ON SHORTENED TIME) | | |
| v. ) | | |
| ) | | |
| MARSHALL'S ELECTRIC, INC. ) | | |
| ) | | |
| Counterclaim- ) | | |
| Defendant. ) | | |
| _____) | | |

The undersigned counsel of MARSHALL'S ELECTRIC, INC. ("MARSHALL'S") respectfully moves on shortened time for an order to reopen and continue the discovery in this case to May 1, 2007

due to unresolved discovery disputes between the parties which led to MARSHALL'S motions to compel and for sanctions now awaiting ruling by this court pending the oral argument scheduled for March 16th, 2007 at 10:00 a.m..

MARSHALL'S further moves for an order permitting it to re-take deposition of PINNACLE CONSTRUCTION, INC. ("PINNACLE"), its officers, or any third parties, due to prejudice to MARSHALL'S, which was brought about by the discovery dispute.

Attempt has been made to obtain stipulation for this motion from the opposing counsel, but to no avail. (See attached Exh. A - letter to Mr. Grant Watts, and affidavit of counsel in support.)

Dated this 12th day of Marsh, 2007.

/s/ Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for MARSHALL'S

Certificate of Service

Served via electronic mail on March 12th, 2007, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____