# Swan T. Ching, CPA, JD

**ATTORNEY AT LAW**

1563 E. Tudor Road
Anchorage, Alaska 99507
Office: (907) 563-9292
Fax: (907) 561-5690

March 6, 2007

Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.          **Via Fax Only - 907-277-4657**
701 W. 8TH Ave., Suite 700
Anchorage, AK 99501

Re:  Reopen Discovery till May 1, 2007

Greetings Mr. Watts:

As I mentioned yesterday, I believe that it would be in our clients' best interest to narrow the issues in this case by reopening and extending discovery period till May 1, 2007 to allow further discovery of our clients. Doing so will facilitate resolution of the case through summary judgment, or at least narrow further the disputed issues for trial.

In my view, there are many factual issues yet to be pinned down, which if not done, will unnecessarily prolong the trial and irritate the court and the jury, not to mention you and me as well.

I further propose that all various filing deadlines be extended from May 1, 2007 in the same way as per the pretrial order.

In addition to the documents tagged for copying, I was not able to find:

1.   The daily field reports of Pinnacle on the project, except only four days in Sept. 04;

2.   All change orders and the original contract between Pinnacle and Premier Alaska, and Pinnacle and Dynamic Systems, Inc.

I will appreciate it if you have those documents located for me. as soon as possible.

Grant Watts
Page 1 of 3

*Exh. A*

As to the proposed reopening discovery, please let me know no later than 5:00 p.m. Thursday, March 8, 2007, whether you agree. I am planning to file a motion to reopen discovery on Friday, March 9, as a stipulated motion or otherwise.

Your consideration is appreciated.

Regards,

/Swan T. Ching

STC:lmc