LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666 · FAX (907) 277-4657

*From the Desk of Grant E. Watts*
*Direct e-mail: gwatts@hwb-law.com*

March 5, 2007

**VIA FACSIMILE NO. 561-5690 and U.S. MAIL**

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, Alaska 99507

Subject:   United States of America for the Use and Benefit of Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., and Continental Casualty Company
Case No. 3:06-cv-00045-TMB
Request for you to withdraw your Motion to Compel

Dear Mr. Ching:

Although discovery has closed, in response to your phone call on February 28, 2007, I have agreed to allow you an opportunity to review Pinnacle's records (which were previously made available for your inspection and copying, and which have been sitting in my office for several months for that purpose).

This letter will also confirm that although not obligated to do so, my office segregated additional portions of Pinnacle's records, and provided you with Bates stamped copies before you conducted the deposition of Matt Hartman at your office. You have been provided with Pinnacle records (PCI 000001 through PCI 001706), as well as the opportunity to inspect all of Pinnacle's records.

I feel that your Motion to Compel should be withdrawn, under the circumstances. I request that you do so, since the Court's involvement is frankly not needed.

The Court has not taken any action on your motion to date.

Regards,

HOLMES WEDDLE & BARCOTT, P.C.

Grant E. Watts

GEW/ida

*Exh. B*