Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE ɪN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| For the use and benefit of ) | | |
| MARSHALL'S ELECTRIC, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PINNACLE CONSTRUCTION, INC. ) | | |
| and CONTINENTAL CASUALTY ) | | |
| COMPANY, ) | | |
| ) | | |
| Defendants. ) | Case No. 3:06-CV-00045 TMB | |
| _____) | | |
| ) | [Proposed] ORDER | |
| PINNACLE CONSTRUCTION INC. ) | | |
| ) | | |
| Counter-claimant, ) | | |
| v. ) | | |
| ) | | |
| MARSHALL'S ELECTRIC, INC. ) | | |
| ) | | |
| Counterclaim- ) | | |
| Defendant. ) | | |
| _____) | | |

The Motion to Reopen Discovery and For Leave to Depose

Pinnacle Construction, Inc. having come before this court for

consideration, and after having heard arguments of counsel on the matter,

IT IS ORDERED that:

1. MARSHALL'S motion to reopen discovery and continue it to May 1, 2007 is GRANTED;

2. MARSHALL'S is GRANTED leave to take additional deposition of PINNACLE or any of its officers, and any third parties it wishes, after PINNACLE provided MARSHALL'S with the proper responses to MARSHALL'S discovery request as required by the rule.

3. All pre-trial deadlines in the previous order of this court shall be appropriately adjusted to correspond with the extension of discovery, computing them from May 1, 2007.

Dated this ___ day of March, 2007.

                                             _____
                                             U.S. District Judge
                                             Honorable Timothy M. Burgess

Certificate of Service

Served via electronic mail on March 13th, 2007, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Case # 3:06-CV-00045 TMB
Page 2 of 2