Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for MARSHALL'S ELECTRIC, INC.

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>MARSHALL'S ELECTRIC, INC., )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>PINNACLE CONSTRUCTION, INC. )<br>and CONTINENTAL CASUALTY )<br>COMPANY, )<br>   )<br>   Defendants. )<br>_____)<br>   )<br>PINNACLE CONSTRUCTION INC. )<br>   )<br>   Counter-claimant, )<br>v. )<br>   )<br>MARSHALL'S ELECTRIC, INC. )<br>   )<br>   Counterclaim- )<br>   Defendant. )<br>_____) | Case # 3:06-CV-00045 TMB<br><br>AFFIDAVIT OF COUNSEL - IN SUPPORT OF MOTION TO REOPEN DISCOVERY and FOR LEAVE TO DEPOSE PINNACLE CONSTRUCTION, INC. |

The undersigned counsel of MARSHALL'S ELECTRIC, INC. ("MARSHALL'S"), having been sworn upon oath, depose and state from his personal knowledge as follows:

1. In an attempt to resolve discovery disputes without the court's intervention, the undersigned went to opposing counsel's office on March 5th, 2007, to review the 6 banker's boxes of documents he represented to have been properly organized in his view.

2. After six (6) hours of uninterrupted review of documents in these boxes, the undersigned's hunch was confirmed in that the documents in reality were still not organized by subjects of the discovery request, as required by the rule and the related authorities.

3. Although files were labeled to indicate the contents therein, as in the ordinary course of business, they were not "organize[d] and label[ed] … to correspond with the categories in the [discovery] request", as required by FRCP 34(b).

4. In fact, the undersigned has located and tagged numerous documents for copying by PINNACLE that should have been provided in response to MARSHALL'S request, but were not done so, until many hours of review and search at Mr. Watts' office.

5. From this review, it is clear that certain documents referred to in some other documents are not in the files of

PINNACLE. Request for these missing documents has been made to Mr. Watts in the attached letter, and they are yet to be produced. (Exhibit A.)

6. What's more, *on the day and at the hour of deposition* of PINNACLE on February 26th, 2007, Mr. Watts walked in with a foot stack of documents he represented to be his courtesy response to MARSHALL'S request - literally minutes before! (See Mr. Watt's letter dated 3/5/07 - Exhibit B.)

7. Despite Mr. Watts' claim of having provided 1706 documents, in all honesty, the undersigned represents that these documents are disorganized, disjointed, and unlabeled, and in no way correspond with the categories in MARSHALL'S discovery request.

8. For a sense of how troublesome it can be to navigate through these disorganized documents, one need to skim through the 350 plus pages of exhibits PINNACLE filed with the court along with its opposition to the motion, to see what the undersigned means. Then add one thousand plus more pages of similarly disorganized documents, plus those in the six banker's boxes at Mr. Watts' office.

9.  For the foregoing reasons, the undersigned's ability to conduct fair discovery for MARSHALL'S has been seriously prejudiced by the conduct of PINNACLE or its counsel.

Dated this 12th day of Marsh, 2007.

/s/ Swan T. Ching
_____
Swan T. Ching, ABA 9106030
Attorney for MARSHALL'S

State of Alaska      )
                     )ss.
Third Judicial District  )

THIS IS TO CERTIFY that on the 12 day of March, 2007 before me, the undersigned, personally appeared Mr. Swan T. Ching, to me known to be the affiant herein, and known to me to be the individual whose name is subscribed in the above affidavit, and being duly sworn, acknowledged to me that he executed such instrument for the purposes and considerations therein stated and that he knew the contents thereof.

WITNESS my hand and seal the day and year last above written.

Notary Public in and for Alaska
My Commission Expires: Jan. 1, 2011

Certificate of Service

Served via electronic mail on March 12th, 2007, upon:
Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching
_____