Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone:  (907) 274-0666
Fax:  (907) 277-4657
E-Mail:  gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**SUPPLEMENT TO DEFENDANT'S OPPOSITION TO USE-PLAINTIFF'S MOTION TO COMPEL DISCOVERY & MOTION FOR SANCTIONS** |

COMES NOW Defendant Pinnacle Construction, Inc. ("Pinnacle"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and hereby files its supplemental opposition to Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions (hereinafter "Motion").

Supplement to Defendant's Opposition to Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 1 of 3

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

(1) It remains Pinnacle's position that Pinnacle responded properly in regards to Marshall's subject discovery, and Marshall's counsel was simply unreasonable in failing and refusing to inspect certain project records which were made available at the offices of Holmes Weddle & Barcott, P.C. on October 27, 2006 (in addition to the Bates stamped documents [1], attached to Pinnacle's Opposition as Exhibit 1, which Mr. Ching took with him on the day he chose not to look at the other project records which contained other documents responsive to certain requests for production propounded upon Pinnacle).

(2) Although not obligated to do so and simply as a courtesy, Pinnacle also produced additional Bates stamped documents (assembled from the project records which were made available to Mr. Ching on October 27, 2006), and also again made the projects records available for Mr. Ching's inspection and copying (even beyond the date discovery had formally closed). See Exhibit 2.

**CONCLUSION**

Oral argument is not necessary, under the circumstances, and there is no legitimate basis for Marshall's Motion.

---

[1] Contrary to Marshall's contentions, Pinnacle produced the Bates stamped documents numbered PCI 000683 through PCI 000818 (which were also attached to Pinnacle's prior Opposition submitted as Exhibit 1 thereto). See Affidavits of Grant Watts and Ida Westfall. Prior to October 27, 2006, Pinnacle had already produced Bates stamped documents numbered PCI 001 through PCI 682. See Affidavit of Grant Watts and Ida Westfall.

Supplement to Defendant's Opposition to Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 2 of 3

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

DATED this 13th day of March, 2007, at Anchorage, Alaska.

    HOLMES WEDDLE & BARCOTT, P.C.
    Attorneys for Defendant Pinnacle
    Construction, Inc.

    By:      s/Grant E. Watts
    701 W. Eighth Avenue, Suite 700
    Anchorage, Alaska 99501-3408
    Phone: (907) 274-0666
    Fax: (907) 277-4657
    Email: gwatts@hwb-law.com
    Alaska Bar No. 8609090

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2007, a true and correct copy of the foregoing was served electronically on:

    Swan T. Ching, Esq.

s/Grant E. Watts

Supplement to Defendant's Opposition to Use-Plaintiff's Motion to Compel Discovery & Motion for Sanctions
Page 3 of 3

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB