LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666 · FAX (907) 277-4657

*From the Desk of Grant E. Watts*
*Direct e-mail: gwatts@hwb-law.com*

March 5, 2007

**VIA FACSIMILE NO. 561-5690 and U.S. MAIL**

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, Alaska 99507

Subject:   United States of America for the Use and Benefit of Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., and Continental Casualty Company
Case No. 3:06-cv-00045-TMB
Request for you to withdraw your Motion to Compel

Dear Mr. Ching:

Although discovery has closed, in response to your phone call on February 28, 2007, I have agreed to allow you an opportunity to review Pinnacle's records (which were previously made available for your inspection and copying, and which have been sitting in my office for several months for that purpose).

This letter will also confirm that although not obligated to do so, my office segregated additional portions of Pinnacle's records, and provided you with Bates stamped copies before you conducted the deposition of Matt Hartman at your office. You have been provided with Pinnacle records (PCI 000001 through PCI 001706), as well as the opportunity to inspect all of Pinnacle's records.

I feel that your Motion to Compel should be withdrawn, under the circumstances. I request that you do so, since the Court's involvement is frankly not needed.

The Court has not taken any action on your motion to date.

Regards,

HOLMES WEDDLE & BARCOTT, P.C.

Grant E. Watts

GEW/ida

EXHIBIT 2
PAGE 1 OF 3

SEATTLE OFFICE · WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011 · TELEPHONE (206) 292-8008 · FAX (206) 340-0289

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700    ANCHORAGE, ALASKA 99501-3408

TEL. (907) 274-0666   FAX (907) 277-4657

## TELECOPY DOCUMENT COVER PAGE

TO:         Swan T. Ching, Esq.

OFFICE:     Law Office of Swan T. Ching

FAX NUMBER: 561-5690

FROM:       Grant E. Watts, Esq.

MESSAGE:

---

**CONFIDENTIALITY NOTICE:** The documents accompanying this facsimile message contain confidential communications which may be subject to protection under the attorney-client privilege or the attorney work-product doctrine. These documents are intended solely for the use of the proper addressee and should not be read or retained by anyone other than the intended recipient. If you have received this telecopy in error, please notify us immediately by collect telephone call at the number shown above.

---

FILE NUMBER:    4670-20740

FILE NAME:      United States of America for the Use and Benefit
                of Marshall's Electric, Inc. vs. Pinnacle Construction, Inc.,
                and Continental Casualty Company
                Case No. 3:06-cv-00045-TMB

DOCUMENT TITLE(S):   3/5/07 HWB letter

NUMBER OF PAGES BEING SENT  2

OPERATOR'S NAME:   Ida

DATE:   March 5, 3007                TIME:  9:25

EXHIBIT  2
PAGE  2  OF  3

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              2725
    CONNECTION TEL        5764p20740#p95615690
    SUBADDRESS
    CONNECTION ID
    ST. TIME              03/05 09:27
    USAGE T               00'43
    PGS. SENT             2
    RESULT                OK
```

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700   ANCHORAGE, ALASKA 99501-3408

TEL. (907) 274-0666   FAX (907) 277-4657

## TELECOPY DOCUMENT COVER PAGE

**TO:** Swan T. Ching, Esq.

**OFFICE:** Law Office of Swan T. Ching

**FAX NUMBER:** 561-5690

**FROM:** Grant E. Watts, Esq.

**MESSAGE:**

---

**CONFIDENTIALITY NOTICE:** The documents accompanying this facsimile message contain confidential communications which may be subject to protection under the attorney-client privilege or the attorney work-product doctrine. These documents are intended solely for the use of the proper addressee and should not be read or retained by anyone other than the intended recipient. If you have received this telecopy in error, please notify us immediately by collect telephone call at the number shown above.

---

**FILE NUMBER:** 4670-20740

**FILE NAME:** United States of America for the Use and Benefit of Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., and Continental Casualty Company
Case No. 3:06-cv-00045-TMB

EXHIBIT 2
PAGE 3 OF 3