Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **AFFIDAVIT OF** <br> **GRANT E. WATTS** |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

    GRANT E. WATTS, being first duly sworn upon oath, deposes and states as follows:

    1.    I am an attorney admitted to practice before the courts of the State of Alaska and am counsel of record for Defendants Pinnacle Construction, Inc. and Continental Casualty Company in this action.

Affidavit of Grant E. Watts      *United States of America fubo Marshall's Electric, Inc.*
     *vs. Pinnacle Construction, Inc., et al.*
Page 1 of 3      Case No. 3:06-cv-00045 TMB

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

2. Contrary to Marshall's contentions, Pinnacle produced the Bates stamped documents numbered PCI 000683 through PCI 000818 (which were also attached to Pinnacle's prior Opposition submitted as Exhibit 1 thereto). My legal secretary watched me pick up the copy of those Bates stamped documents which I delivered to Mr. Ching in our small conference room. Prior to October 27, 2006, Pinnacle had already produced Bates stamped documents numbered PCI 001 through PCI 682 (which were produced in August, 2006). Mr. Ching was notified that the project records were available for inspection in July, 2006, and he reviewed project records on July 31, 2006. He also requested an opportunity to review the documents again in October, 2006, but then chose not to review the project records which were made available again on October 27, 2006. At his belated request on or about February 28, 2007, Mr. Ching was again allowed to inspect the project records on or about March 5, 2007, even though his request was untimely under the circumstances.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Grant E. Watts
Alaska Bar No. 8609090

SUBSCRIBED AND SWORN TO before me this 13 day of March, 2007, at Anchorage, Alaska.

*OFFICIAL SEAL*
*State of Alaska*
*IDA MAE D. WESTFALL*
*NOTARY PUBLIC*
*My Commission Expires 8/27/2009*

Notary Public in and for Alaska
My Commission Expires: 8/27/2009

Affidavit of Grant E. Watts

Page 2 of 3

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2007, a true and correct copy of the foregoing was served electronically on:

    Swan T. Ching, Esq.

s/Grant E. Watts

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Affidavit of Grant E. Watts

Page 3 of 3

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB