Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **AFFIDAVIT OF** <br> **IDA MAE D. WESTFALL** |

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT    )

    Ida Mae D. Westfall, being first duly sworn upon oath, deposes and states as follows:

    1.    I am employed as a legal secretary with the law offices of Holmes Weddle & Barcott (A Professional Corporation). Holmes Weddle & Barcott is

Affidavit of Ida Mae D. Westfall

Page 1 of 2

*United States of America fubo Marshall's Electric, Inc.*
*vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

counsel of record for Defendants Pinnacle Construction, Inc. and Continental Casualty Company in this action.

2. On October 27, 2006 I had organized Bates stamped documents numbered PCI 000683 through PCI 000818 and they were laying on the counter by my desk.

3. I watched Mr. Watts pick up the stack of documents Bates stamped PCI 000683 through PCI 000818 and he then delivered the documents to Mr. Ching, who was in Holmes Weddle & Barcott's small conference room.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Ida Mae D. Westfall

SUBSCRIBED AND SWORN TO before me this 13th day of March, 2007, at Anchorage, Alaska.

OFFICIAL SEAL
STATE OF ALASKA
TINA M. HARDWICK
NOTARY PUBLIC

Tina M. Hardwick
Notary Public in and for Alaska
My Commission Expires: 9/8/07

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March,
2007, a true and correct copy of the foregoing was
served electronically on:

Swan T. Ching, Esq.

s/Grant E. Watts

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Affidavit of Ida Mae D. Westfall

Page 2 of 2

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB