Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendants Pinnacle Construction, Inc. and
Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | Case No. 3:06-cv-00045-TMB <br><br> **AFFIDAVIT OF** <br> **IDA MAE D. WESTFALL** |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Ida Mae D. Westfall, being first duly sworn upon oath, deposes and states as follows:

1.  I am employed as a legal secretary with the law offices of Holmes Weddle & Barcott (A Professional Corporation). Holmes Weddle & Barcott is

---

Affidavit of Ida Mae D. Westfall

Page 1 of 2

*United States of America fubo Marshall's Electric, Inc.*
*vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

counsel of record for Defendants Pinnacle Construction, Inc. and Continental Casualty Company in this action.

    2.    On October 27, 2006 I had organized Bates stamped documents numbered PCI 000683 through PCI 000818 and they were laying on the counter by my desk.

    3.    I watched Mr. Watts pick up the stack of documents Bates stamped PCI 000683 through PCI 000818 and he then delivered the documents to Mr. Ching, who was in Holmes Weddle & Barcott's small conference room.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Ida Mae D. Westfall

SUBSCRIBED AND SWORN TO before me this 13th day of March, 2007, at Anchorage, Alaska.

OFFICIAL SEAL
STATE OF ALASKA
TINA M. HARDWICK
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 9/8/07

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2007, a true and correct copy of the foregoing was served electronically on:

    Swan T. Ching, Esq.

s/Grant E. Watts

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666