Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA For the use and benefit of MARSHALL'S ELECTRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE CONSTRUCTION, INC. and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. <br> _____ <br> PINNACLE CONSTRUCTION INC. <br><br> Counter-claimant, <br> v. <br><br> MARSHALL'S ELECTRIC, INC. <br><br> Counterclaim-Defendant. | Case No. 3:06-CV-00045 TMB <br><br> NOTICE OF TAKING DEPOSITION OF PINNACLE CONSTRUCTION, INC. UNDER FRCP 30(b)(6) |

TO:    Pinnacle Construction, Inc.
       c/o Grant E. Watts, Esq.
       Holmes Weddle & Barcott, P.C.
       701 W. 8th Ave., Suite 700
       Anchorage, AK 99501-3408

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Case # 3:06-CV-00045 TMB
Page 1 of 3

EXHIBIT __1__
PAGE __1__ OF __3__

FAX RECEIVED
DATE 2-6-07 TIME 4:48
INITIALS JK

YOU ARE HEREBY NOTIFIED that counsel for MARSHALL'S ELECTRIC, INC. ("Marshall"), will take the deposition of PINNACLE CONSTRUCTION, INC. ("Pinnacle") under FRCP(b)(6) on the 26th day of February, 2007, at the hour of 10:00 o'clock a.m., in the offices of SWAN T. CHING, 1563 E. Tudor Road, Anchorage, AK 99507.

You have a duty to designate one or more officers, directors, or managing agents, or other persons who consent to testify on the behalf of Pinnacle. The deposition will be conducted before GEMINI REPORTING SERVICES, a Notary Public, or some other person authorized by law to administer oaths. This deposition will continue from day to day until completed. You are invited to attend and participate as you deem necessary.

<u>Subject Matters</u>: The subject matters on which the designated person or persons will testify to are:

1. Requirements for surety or performance bonds from subcontractors working on the Mini Mall at Fort Richardson ("Project"), Contract HQ-040REZC-063;

2. Descriptions of work performed in the cost of take over & proof of cost of take over that Pinnacle charged back to Marshall's;

3. Knowledge of the contract specifications by page number, blue print pages & grid numbers supporting cost of take over;

4. All change Orders between Pinnacle & owner of the Project, and descriptions of work in the change orders;

5. All payments received by Pinnacle from the owner of the Project;

6. All pay requests submitted by Pinnacle to the owner of the Project;

7. All invoices for materials & certified payroll supporting each cost of take over;

8. Work that Marshall's refused to perform;

EXHIBIT ___1___

PAGE __2__ OF __3__

9. Misrepresentations by Marshall's as claimed by Pinnacle;

10. Reliance by Pinnacle on the alleged Marshall's misrepresentation; and

11. Alleged inflated and/or inaccurate pay applications by Marshall's to Pinnacle.

<u>Documents Supporting Subject Matters</u>:

Pinnacle is directed to produce documents in support of each subject matter which will be testified to by its designated person or persons.

DATED this 6th day of February, 2007, at Anchorage, Alaska.

Swan T. Ching, ABA 9106030
Attorney for
Marshall's Electric, Inc.

Certificate of Service

Served via fax & mail on Feb. 6th, 2007, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com
Fax 907-277-4657

Gemini Reporting Services
1980 Commodore Drive
Anchorage, AK 99507
Ph. 907-277-8591
Fax 907-272-9258

/s/Swan T. Ching

Marshall's Electric, Inc. v. Pinnacle Construction, Inc.
Case # 3:06-CV-00045 TMB
Page 3 of 3

EXHIBIT 1
PAGE 3 OF 3