LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666 · FAX (907) 277-4657

*From the Desk of Grant E. Watts*
*Direct e-mail: gwatts@hwb-law.com*

March 13, 2007

**VIA HAND DELIVERY**

Swan T. Ching, Esq.
1563 E Tudor Road
Anchorage, Alaska 99507

Re:   United States of America for the Use and Benefit of Marshall's Electric, Inc.
      vs. Pinnacle Construction, Inc., and Continental Casualty Company
      Case No. 3:06-cv-00045-TMB
      Case No. 4670-20740

Dear Mr. Ching:

I was out of the office most of last week.

I was in arbitration on March 6, 7, and 8. I was in a deposition at the AG's office on March 9, 2006.

Upon my return to the office on March 12, I received a copy of your letter dated March 6, 2007.

I am not willing to and will not agree to extending discovery. Discovery closed on March 1, 2007. You had ample opportunity to conduct discovery prior to the close of discovery date (which was March 1, 2007).

Although I had made all of Pinnacle's project records available months ago, you actually waited until after discovery closed to review those project records (those are the same records you chose not to review at my office on October 27, 2006, as noted in my opposition to your Motion to Compel). You also conducted several depositions before the close of discovery.

EXHIBIT 2
PAGE 1 OF 4

SEATTLE OFFICE · WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011 · TELEPHONE (206) 292-8008 · FAX (206) 340-0289

Swan T. Ching, Esq.
March 13, 2007

All of Pinnacle's records ( to the extent they exist) were produced months ago and made available for inspection and copying. You reviewed those records on March 5, 2007 (and you frankly had an opportunity to inspect them on or about October 27, 2006 through the close of discovery).

Please review the additional Bates stamped documents (which Pinnacle segregated and produced, even though Pinnacle was not obligated to do so) provided to you prior to your conducting the deposition of Matt Hartman on February 26, 2007. Those additional Bates stamped documents are numbered PCI 000819 through PCI 001706. Those documents included a substantial number of project documents relating to Dynamic Systems, Inc., as well as other project records.

The primary project documents under the file for Premier Alaska (which you had an opportunity to review on March 5, 2007 and on or about October 27, 2006 (and through the close of discovery), are attached hereto as Bates stamped documents numbered PCI 001805 through PCI 001917. If a subcontract exists between Pinnacle and Premier Alaska, a copy should be in those Bates stamped documents, or it will presumably be in the other Bates stamped documents previously provided to you. To the extent change orders exist relating to Pinnacle and Premier Alaska are not in the Bates stamped documents referenced in this paragraph, they would be in that labeled file or the change order binder referenced below.

To the extent field reports exist, they were produced by Pinnacle in the project records which were made available to you for inspection and copying. There are no other records in the possession of Pinnacle.

To the extent change orders exist relating to Dynamic Systems, Inc. and/or Premier Alaska, they were produced by Pinnacle in the project records which were produced or previously made available to you (see files and/or Bates stamped documents referenced above and below). Although not obligated to do so, Pinnacle also draws your attention to the change order binder that you reviewed on March 5, 2007. You did not flag that change order binder for copying on March 5, 2007 when you inspected and reviewed the project records at my office. Although not obligated to do so, I am having Alaska Legal provide you with a copy of the documents in that binder, in addition to the documents you flagged for copying on March 5, 2007 at my office (Bates stamped numbered as PCI 001918 through PCI 002455. See also PCI 001707 through PCI 001804, which are also

Swan T. Ching, Esq.
March 13, 2007

documents which you had an opportunity to review on October 27, 2006 through March 5, 2007. Most of the documents in the binder have been previously produced via Bates stamped documents PCI 001 through PCI 000818, and/or in the other Bates stamped documents referenced above and below.

If any change orders relating to Premier Alaska or Dynamic Systems, Inc. exist and are not in the referenced change order binder, they should be in the project files labeled for Premier Alaska or Dynamic Systems, Inc. You already have a copy of the file relating to Dynamic Systems, Inc., since it was included in the Bates stamped documents 000819 through 001706. The primary file documents relating to Premier Alaska are in PCI 001805 through PC 001917.

A copy of the subcontract between Pinnacle and Dynamic Systems, Inc. is included in the Bates stamped documents previously produced to you (see PCI 000999 – PCI 001001, PCI 001025, and PCI 001026. See also PCI 000686 – 688, and PCI 649 – 651.

If a subcontract exists between Pinnacle and Premier Alaska, it would be in the above-referenced file relating to Premier Alaska (which is referenced above in Bates stamped form), unless it was misplaced in the other project records which you reviewed.

You should also take time to review the Bates stamped documents previously provided to you months ago (including PCI 001 through PCI 062, PCI 000683 through 000818, and PCI 000819 through PCI 001706), since they also contain documents which are referenced in your letter of March 6, 2007. I know that there is some duplication in the Bates stamped documents, and assume you are also aware of that if you have reviewed those documents.

Regards,

HOLMES WEDDLE & BARCOTT, P.C.


Grant E. Watts

GEW/ida
Enclosures: As stated above

# *Alaska Legal Copy*

# Invoice

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

| DATE | INVOICE # |
|---|---|
| 3/13/2007 | 225816 |

| BILL TO |
|---|
| Swan, T. Ching<br>1563 E. Tudor Road<br>Anchorage, AK 99507 |

| SHIP TO |
|---|
| Holmes, Weddle & Barcott<br>Attn: Ida<br>563-9292 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RH |  | Pinnacle vs. Mars... |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 540 | 0.09 | 48.60 |
| 160 | 11 x 17 copies | 2 | 0.17 | 0.34 |
| 730 | 3-hole drilling; $2.50 Minimum Charge | 542 | 0.005 | 2.71 |
| 660 | Tabs; printed and inserted | 2 | 0.57 | 1.14 |
| 661 | Tabs; inserted only | 50 | 0.38 | 19.00 |
| 472 | Paper Clips | 2 | 0.05 | 0.10 |
| 570 | 3" 3-Ring Binders | 1 | 11.62 | 11.62 |
|  | Copies only. Originals returned to Holmes, Weddle & Barcott. Attn: Ida |  |  |  |

Signature:

**Total**　$83.51

EXHIBIT __2__
PAGE __4__ OF __4__