Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendant/Counterclaimant Pinnacle Construction, Inc. and Defendant Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>   Use-Plaintiff,<br><br> vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>   Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**PROPOSED ORDER DENYING MARSHALL'S MOTION TO REOPEN DISCOVERY AND FOR LEAVE TO DEPOSE PINNACLE CONSTRUCTION, INC.** |
| PINNACLE CONSTRUCTION INC.,<br><br>   Counterclaimant,<br><br> vs.<br><br>MARSHALL'S ELECTRIC, INC.,<br><br>   Counterclaim Defendant. | |

Proposed Order Denying Marshall's Motion to Reopen
Discovery and For Leave To Depose Pinnacle
Construction, Inc.
Page 1 of 2

*United States of America fubo Marshall's Electric, Inc.*
*vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

This matter having come before the Court upon Marshall's Motion to Reopen Discovery and For Leave To Depose Pinnacle Construction, Inc. (On Shortened Time); having reviewed Pinnacle's Opposition thereto and other relevant pleadings, and being fully advised in the premises;

IT IS HEREBY ORDERED that Marshall's Motion to Reopen Discovery and For Leave To Depose Pinnacle Construction, Inc. is DENIED.

DATED this \_\_\_\_ day of March, 2007, at Anchorage, Alaska.

_____
Honorable Timothy M. Burgess

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2007, a true and correct copy of the foregoing was served electronically on:

 Swan T. Ching, Esq.

s/Grant E. Watts

Proposed Order Denying Marshall's Motion to Reopen Discovery and For Leave To Depose Pinnacle Construction, Inc.
Page 2 of 2

*United States of America fubo Marshall's Electric, Inc. vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB