```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

 MARSHALL'S ELECTRIC, INC.    vs.    PINNACLE CONSTRUCTION, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-CV-00045-TMB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    SWAN CHING

                DEFENDANT:    GRANT E. WATTS

PROCEEDINGS: ORAL ARGUMENT RE PLAINTIFF'S MOTION TO COMPEL
             DISCOVERY AND MOTION FOR SANCTIONS (DKT 16)
             HELD 3/16/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 10:13 a.m. court convened.

Arguments heard.

Court and counsel heard re Plaintiff's Motion to Compel Discovery and Motion for Sanctions (Dkt 16); **DENIED AS MOOT.**

Parties to submit status of case, proposed changes to scheduling order and discovery issues and proposed trial dates.

Plaintiff's Motion for Extension of Time to Complete Discovery on Shortened Time (Dkt 28); **DENIED WITHOUT PREJUDICE.**

At 11:13 a.m. court adjourned.

DATE:   MARCH 16, 2007         DEPUTY CLERK'S INITIALS:      SCL