Swan T. Ching, Esq.
1563 E. Tudor Road
Anchorage, AK 99507
907-563-9292 Phone
907-561-5690 Fax
e-mail: swan_ching@yahoo.com

Attorney for Plaintiff

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>For the use and benefit of<br>MARSHALL'S ELECTRIC, INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| | ) | Case No. 3:06-CV-00045 TMB |
| | ) | |
| PINNACLE CONSTRUCTION, INC.<br>and CONTINENTAL CASUALTY<br>COMPANY, | )<br>)<br>)<br>) | |
| Defendants. | ) | **JOINT REPORT OF PARTIES** |
| _____ | ) | |
| PINNACLE CONSTRUCTION INC. | )<br>) | |
| Counter-claimant, | )<br>) | |
| v. | )<br>) | |
| MARSHALL'S ELECTRIC, INC. | )<br>) | |
| Counterclaim-<br>Defendant. | )<br>) | |
| _____ | ) | |

Joint Report of Parties                                    *United States of America fubo Marshall's Electric, Inc.*
                                                                                     *vs. Pinnacle Construction, Inc., et al.*
Page 1 of 3                                                                          Case No. 3:06-cv-00045 TMB

Pursuant to the court's order of March 16th, 2007, the parties herein submit the following report on status of case, proposed changes to scheduling order, discovery issues, and proposed trial dates:

The parties agree to have a judicially conducted ADR no later than May 15, 2007, subject to availability of the court.

If the ADR fails, MARSHALL'S ELECTRIC, INC. is to depose a representative of PINNACLE CONSTRUCTION, INC. under FRCP 30(b)(6) no later than May 31st, 2007, on issues of change orders, daily field reports, pay requests to and payments from AAFES, etc.

| | |
|---|---|
| Dispositive Motions due | 7/9/07 |
| Final Witness List | 8/3/07 |
| Exhibits Exchange/Objections | (per local rule) |
| Jury Instructions/Objections | (per local rule) |
| All other pretrial motions | (per local rule) |
| Proposed trial dates | 12/3/07, 12/17/07 |

Being a jury trial, the parties estimate the trial time of 10 days still.

Joint Report of Parties　　　　　　　　　　　　　*United States of America fubo Marshall's Electric, Inc.*
*vs. Pinnacle Construction, Inc., et al.*
Page 2 of 3　　　　　　　　　　　　　　　　　　Case No. 3:06-cv-00045 TMB

Dated this 30th day of March, 2007.

        By: _____s/Swan T. Ching_____
        1563 E Tudor Road
        Anchorage, Alaska  99507
        Phone:  (907) 563-9292
        Fax:  (907) 561-5690
        E-mail:  swan_ching@yahoo.com
        Alaska Bar No. 9106030


        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Defendants Pinnacle
        Construction, Inc. and Continental Casualty
        Company, and Counterclaimant and/or
        Third Party Plaintiff Pinnacle Construction,
        Inc.


        By: _____s/Grant E. Watts_____
        701 W. Eighth Avenue, Suite 700
        Anchorage, Alaska 99501-3408
        Phone: (907) 274-0666
        Fax: (907) 277-4657
        Email: gwatts@hwb-law.com
        Alaska Bar No. 8609090


Certificate of Service

Served via electronic mail on March 30, 2006, upon:

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Ave., # 700
Anchorage, AK 99501-3408
e-mail: gwatts@hwb-law.com

/s/Swan T. Ching

Joint Report of Parties      *United States of America fubo Marshall's Electric, Inc.*
     *vs. Pinnacle Construction, Inc., et al.*
Page 3 of 3      Case No. 3:06-cv-00045 TMB