## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Marshall's Electric, Inc.*   v.   *Pinnacle Construction, Inc.*

Case No. 3:06-cv-00045 TMB

THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
    Plaintiff: Swan T. Ching
    Defendant: Grant E. Watts

l. davis, secretary

---

**ORDER FROM CHAMBERS**

    At request of counsel, plaintiff's settlement memorandum is now due Monday, April 30, 2007.

DATED: April 23, 2007                                    by: mld