## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| *USA fbo Marshall's Electric, Inc.* | v. | *Pinnacle Construction, Inc.* |

Case No. 3:06-CV-00045 TMB

THE HONORABLE JAMES A. VON DER HEYDT, SENIOR DISTRICT JUDGE

Appearances
    Plaintiff: Swan T. Ching
    Defendant: Grant E. Watts
l. davis, secretary

---

**ORDER FROM CHAMBERS**

      A settlement conference will convene in chambers on Thursday, May 10, 2007, at 9:30 a.m.  Counsel are advised to appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients available in person or by telephone at the time above-specified.

DATED: <u>May 1, 2007</u>                              by: <u>mld</u>