**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

USA fbo Marshall's Electric v.     *Pinnacle Construction*

Case No. 3:06-cv-00045 TMB

THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
      Plaintiff:  Swan T. Ching
      Defendant:  Grant E. Watts
l. davis, secretary

---

**ORDER FROM CHAMBERS**

        Lengthy settlement conference held.  Case settled as to all
parties and issues.  Mr. Watts to prepare all necessary final documents for
signatures of the parties.  The case will be dismissed with prejudice as to
all parties.

DATED:  May 10, 2007                    by: mld