Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
E-Mail: gwatts@hwb-law.com

Attorneys for Defendant/Counterclaimant Pinnacle Construction, Inc. and Defendant Continental Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of MARSHALL'S ELECTRIC, INC.,<br><br>       Use-Plaintiff,<br><br>vs.<br><br>PINNACLE CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>       Defendants. | Case No. 3:06-cv-00045-TMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| PINNACLE CONSTRUCTION INC.,<br><br>       Counterclaimant,<br><br>vs.<br><br>MARSHALL'S ELECTRIC, INC.,<br><br>       Counterclaim Defendant. | |

Stipulation for Dismissal With Prejudice
and Without Costs
Page 1 of 3

*United States of America fubo Marshall's Electric, Inc.
vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB

COME NOW Use-Plaintiff Marshall's Electric, Inc. and Counterclaim Defendant Marshall's Electric, Inc. and Defendant/Counterclaimant Pinnacle Construction, Inc. and Defendant Continental Casualty Company, by and through their respective counsel of record, and, pursuant to Fed R. Civ. P. 41(a)(1)[ii], hereby stipulate to dismissal of the above-captioned case (including all claims and counterclaims asserted or assertable therein), <u>With Prejudice and Without Costs</u>. The above-referenced parties shall each bear their own costs and attorneys' fees incurred in regards to the above-captioned matter.

LAW OFFICE OF SWAN T. CHING
Attorneys for Use-Plaintiff and
Counterclaim Defendant Marshall's
Electric, Inc.

Dated:   May 18, 2007          By:   s/Swan T. Ching
1563 E Tudor Road
Anchorage, Alaska  99507
Phone:  (907) 563-9292
Fax:  (907) 561-5690
E-mail:  swan_ching@yahoo.com
Alaska Bar No. 9106030

Stipulation for Dismissal With Prejudice                    *United States of America fubo Marshall's Electric, Inc.*
and Without Costs                                                          *vs. Pinnacle Construction, Inc., et al.*
Page 2 of 3                                                                           Case No. 3:06-cv-00045 TMB

|  |  |
|---|---|
|  | HOLMES WEDDLE & BARCOTT, P.C.<br>Attorneys for Defendant/Counterclaimant<br>Pinnacle Construction, Inc. and Defendant<br>Continental Casualty Company. |
| Dated:   May 18, 2007 | By:       s/Grant E. Watts<br>701 W. Eighth Avenue, Suite 700<br>Anchorage, Alaska 99501-3408<br>Phone: (907) 274-0666<br>Fax: (907) 277-4657<br>Email: gwatts@hwb-law.com<br>Alaska Bar No. 8609090 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2007, a copy of the foregoing Stipulation for Dismissal With Prejudice and Without Costs was served electronically on:

Swan T. Ching

s/Grant E. Watts

Stipulation for Dismissal With Prejudice
and Without Costs
Page 3 of 3

*United States of America fubo Marshall's Electric, Inc.*
*vs. Pinnacle Construction, Inc., et al.*
Case No. 3:06-cv-00045 TMB